**Fill in this information to identify the case:**

Debtor name    Drip More LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:24-bk-11703-SC

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 19, 2024          X _____
                                      Signature of individual signing on behalf of debtor

                                      Brian Bereber
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    Drip More LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:24-bk-11703-SC

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $     385,999.24

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $     385,999.24

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     9,502,236.96

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     25,565.70

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     2,840,781.21

4.  Total liabilities ............................................................................................
Lines 2 + 3a + 3b    $     12,368,583.87

**Fill in this information to identify the case:**

Debtor name    Drip More LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:24-bk-11703-SC

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Debtor    Drip More LLC
_____    Case number *(If known)*  8:24-bk-11703-SC
         Name

| | | | |
|---|---|---|---|
| Number of labels 483,747<br>Value of labels $29,042.82<br>Number of boxes 646,154<br>Value of boxes $72,824 | | $0.00 | $101,848.82 |
| Discontinued packaging:<br>Number of labels 831,585<br>Number of boxes 855,506<br>$0 value due to<br>discontinued materials | | $0.00 | $0.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    See attached E-Liquids
    inventory list    $0.00    $109,199.48

23. **Total of Part 5.**    $211,048.30

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture - desks, chairs, tables, shelves | $0.00 | | $4,000.00 |
| Desks, rolling cart, office chairs, fridge at Cube Smart  (noted in SOFA #20) | $0.00 | | $2,000.00 |

**SCHEDULE B #22  E-LIQUIDS INVENTORY**

| Description | Qty | Total Value |
|---|---|---|
| Batch-0mg-120ml(Shortfill) | 37 | $    53.65 |
| Belts-0mg-120ml(Shortfill) | 47 | $    68.15 |
| Lemon Drops-0mg-120ml(Shortfill) | 45 | $    65.25 |
| Peachy Rings-0mg-120ml (Shortfill) | 37 | $    53.65 |
| Pink Squares-0mg-120ml(Shortfill) | 85 | $    123.25 |
| SW Bubblegum-0mg-120ml(Shortfill) | 37 | $    53.65 |
| Swedish-0mg-120ml(Shortfill) | 6 | $    8.70 |
| Worms-0mg-120ml (Shortfill) | 38 | $    55.10 |
| Dweebz-0mg-120ml(Shortfill) | 43 | $    62.35 |
| Strawberry Rolls-0mg-120ml(Shortfill) | 44 | $    63.80 |
| Apple-0mg-120ml(Shortfills) | 9 | $    13.05 |
| Gush-0mg-120ml(Shortfills) | 53 | $    76.85 |
| Sour Straws-0mg-120ml(Shortfills) | 386 | $    559.70 |
| Jaws-0mg-120ml(Shortfills) | 6 | $    8.70 |
| Watermelon Wedges-0mg-120ml(Shortfill) | 37 | $    53.65 |
| Tropic Chew-0mg-120ml(Shortfill) | 21 | $    30.45 |
| Batch Ice-0mg-120ml(Shortfill) | 41 | $    59.45 |
| Belts Ice-0mg-120ml(Shortfill) | 25 | $    36.25 |
| Swedish Ice-0mg-120ml(Shortfill) | 39 | $    56.55 |
| Worms Ice-0mg-120ml(Shortfill) | 18 | $    26.10 |
| SW Bubblegum Ice-0mg-120ml(Shortfill) | 37 | $    53.65 |
| DVNK 0mg 120ml (Shortfill) | 14 | $    20.30 |
| Choco Cream 0mg 120ml (Shortfill) | 40 | $    58.00 |
| Lemon Wafer 0mg 120ml (Shortfill) | 109 | $    158.05 |
| Chocolate-0mg-120ml (Shortfill) | 21 | $    30.45 |
| Cereal-0ml-120ml (Shortfill) | 110 | $    159.50 |
| Honey-0mg-120ml (Shortfill) | 105 | $    152.25 |
| Strawberry-0mg-120ml (Shortfill) | 11 | $    15.95 |
| Cuban-0mg-120ml(Shortfill) | 146 | $    211.70 |
| Vanilla Custard-0mg-120ml(Shortfill) | 47 | $    68.15 |
| Butterscotch-0mg-120ml(Shortfill) | 26 | $    37.70 |
| Berry Breeze-0mg-120ml (Shortfill) | 27 | $    39.15 |
| Lychee Luau-0mg-120ml (Shortfill) | 110 | $    159.50 |
| Mad Melon-0mg-120ml (Shortfill) | 12 | $    17.40 |
| Maui Mango-0mg-120ml (Shortfill) | 32 | $    46.40 |
| Cucumber Cooler-0mg-120ml (Shortfill) | 12 | $    17.40 |
| GrapefruitGust-0mg-120ml (Shortfill) | 14 | $    20.30 |
| Blue Razz-0mg-2x50ml(Shortfill) | 50 | $    72.50 |
| Pink Lemonade-0mg-2x50ml(Shortfill) | 67 | $    97.15 |
| Tropic-0mg-2x50ml(Shortfill) | 33 | $    64.35 |
| Strawberry Watermelon-0mg-2x50ml(shortfill) | 42 | $    81.90 |
| Grape-0mg-2x50ml(Shortfill) | 27 | $    52.65 |
| Blue Razz - 0mg - 60ml (Twin Pack) | 30 | $    58.50 |
| Blue Razz - 3mg - 60ml (Twin Pack) | 1 | $    1.95 |
| Blue Razz - 6mg - 60ml (Twin Pack) | 27 | $    52.65 |
| Grape - 0mg - 60ml (Twin Pack) | 78 | $    152.10 |
| Grape - 6mg - 60ml (Twin Pack) | 74 | $    144.30 |
| Melon - 0mg - 60ml (Twin Pack) | 97 | $    189.15 |
| Melon - 3mg - 60ml (Twin Pack) | 40 | $    78.00 |
| Melon - 6mg - 60ml (Twin Pack) | 33 | $    64.35 |
| Pink Lemonade - 0mg - 60ml (Twin Pack) | 111 | $    216.45 |
| Pink Lemonade - 3mg - 60ml (Twin Pack) | 23 | $    44.85 |

| | | | |
|---|---|---|---|
| Pink Lemonade - 6mg - 60ml (Twin Pack) | 70 | $ | 136.50 |
| Strawberry Watermelon - 0mg - 60ml (Twin Pack) | 66 | $ | 128.70 |
| Strawberry Watermelon - 3mg - 60ml (Twin Pack) | 22 | $ | 42.90 |
| Strawberry Watermelon - 6mg - 60ml (Twin Pack) | 109 | $ | 212.55 |
| Tropic - 0mg - 60ml (Twin Pack) | 153 | $ | 298.35 |
| Tropic - 3mg - 60ml (Twin Pack) | 87 | $ | 169.65 |
| Tropic - 6mg - 60ml (Twin Pack) | 79 | $ | 154.05 |
| Blue Razz - 35mg - 30ml | 1 | $ | 1.15 |
| Blue Razz - 50mg - 30ml | 3 | $ | 3.45 |
| Grape - 35mg - 30ml | 68 | $ | 78.20 |
| Grape - 50mg - 30ml | 77 | $ | 88.55 |
| Melon - 35mg - 30ml | 83 | $ | 95.45 |
| Melon - 50mg - 30ml | 63 | $ | 72.45 |
| Pink Lemonade - 35mg - 30ml | 72 | $ | 82.80 |
| Pink Lemonade - 50mg - 30ml | 65 | $ | 74.75 |
| Strawberry Watermelon - 35mg - 30ml | 62 | $ | 71.30 |
| Strawberry Watermelon - 50mg - 30ml | 19 | $ | 21.85 |
| Tropic - 35mg - 30ml | 19 | $ | 21.85 |
| Tropic - 50mg - 30ml | 15 | $ | 17.25 |
| Batch-6mg-100ml(Synthetic) | 50 | $ | 77.50 |
| Belts-3mg-100ml (Synthetic) | 50 | $ | 77.50 |
| SW Bubblegum-3mg-100ml (Synthetic) | 200 | $ | 310.00 |
| Swedish-0mg-100ml (Synthetic) | 25 | $ | 38.75 |
| Worms-3mg-100ml (Synthetic) | 200 | $ | 310.00 |
| Peachy Rings-6mg-100ml (Synthetic) | 50 | $ | 77.50 |
| Watermelon Wedges-0mg-100ml (Synthetic) | 18 | $ | 27.90 |
| Watermelon Wedges-3mg-100ml (Synthetic) | 41 | $ | 63.55 |
| Watermelon Wedges-6mg-100ml (Synthetic) | 51 | $ | 79.05 |
| Tropic Chew-0mg-100ml (Synthetic) | 26 | $ | 40.30 |
| Tropic Chew-3mg-100ml (Synthetic) | 117 | $ | 181.35 |
| Tropic Chew-6mg-100ml (Synthetic) | 30 | $ | 46.50 |
| Batch-0mg-100ml | 119 | $ | 172.55 |
| Batch-3mg-100ml | 8 | $ | 11.60 |
| Batch-6mg-100ml | 8 | $ | 11.60 |
| Belts-0mg-100ml | 58 | $ | 84.10 |
| Belts-3mg-100ml | 19 | $ | 27.55 |
| Belts-6mg-100ml | 10 | $ | 14.50 |
| Lemon Drops-0mg-100ml | 101 | $ | 146.45 |
| Peachy Rings-0mg-100ml | 113 | $ | 163.85 |
| Peachy Rings-3mg-100ml | 3 | $ | 4.35 |
| Peachy Rings-6mg-100ml | 3 | $ | 4.35 |
| Pink Squares-0mg-100ml | 163 | $ | 236.35 |
| Pink Squares-6mg-100ml | 1 | $ | 1.45 |
| SW Bubblegum-3mg-100ml | 5 | $ | 7.25 |
| Swedish-0mg-100ml | 63 | $ | 91.35 |
| Swedish-3mg-100ml | 5 | $ | 7.25 |
| Swedish-6mg-100ml | 1 | $ | 1.45 |
| Worms-0mg-100ml | 16 | $ | 23.20 |
| Worms-3mg-100ml | 1 | $ | 1.45 |
| Worms-6mg-100ml | 7 | $ | 10.15 |
| Dweebz-0mg-100ml | 47 | $ | 68.15 |
| Strawberry Rolls-0mg-100ml | 50 | $ | 72.50 |
| Strawberry Rolls-3mg-100ml | 3 | $ | 4.35 |
| Apple-0mg-100ml | 64 | $ | 92.80 |
| Apple-3mg-100ml | 3 | $ | 4.35 |

| | | |
|---|---|---|
| Apple-6mg-100ml | 4 | $ 5.80 |
| Gush-0mg-100ml | 12 | $ 17.40 |
| Gush-3mg-100ml | 1 | $ 1.45 |
| Jaws-0mg-100ml | 136 | $ 197.20 |
| Jaws-3mg-100ml | 67 | $ 97.15 |
| Jaws-6mg-100ml | 49 | $ 71.05 |
| Sour Straws-0mg-100ml | 11 | $ 15.95 |
| Sour Straws-6mg-100ml | 43 | $ 62.35 |
| Gobbies-0mg-100ml | 60 | $ 87.00 |
| Gobbies-3mg-100ml | 79 | $ 114.55 |
| Gobbies-6mg-100ml | 5 | $ 7.25 |
| Mint-0mg-100ml | 35 | $ 50.75 |
| Mint-3mg-100ml | 6 | $ 8.70 |
| Mint-6mg-100ml | 14 | $ 20.30 |
| Pink Lemonade Strips-0mg-100ml | 39 | $ 56.55 |
| Pink Lemonade Strips-3mg-100ml | 13 | $ 18.85 |
| Pink Lemonade Strips-6mg-100ml | 4 | $ 5.80 |
| Cola Gummies-0mg-100ml | 49 | $ 71.05 |
| Cola Gummies-3mg-100ml | 31 | $ 44.95 |
| Cola Gummies-6mg-100ml | 49 | $ 71.05 |
| Watermelon Wedges-0mg-100ml | 19 | $ 27.55 |
| Watermelon Wedges-6mg-100ml | 1 | $ 1.45 |
| Tropic Chew-3mg-100ml | 18 | $ 26.10 |
| Tropic Chew-6mg-100ml | 8 | $ 11.60 |
| Gummy Bears-0mg-100ml | 42 | $ 60.90 |
| Gummy Bears-6mg-100ml | 2 | $ 2.90 |
| Starwberry Pop Drop-0mg-100ml | 13 | $ 18.85 |
| Starwberry Pop Drop-6mg-100ml | 2 | $ 2.90 |
| Mystery Air Ballons-0mg-100ml | 10 | $ 14.50 |
| Mystery Air Ballons-6mg-100ml | 2 | $ 2.90 |
| Cotton Candy-0mg-100ml | 41 | $ 59.45 |
| Batch Ice-0mg-100ml | 70 | $ 101.50 |
| Batch Ice-3mg-100ml | 57 | $ 82.65 |
| Batch Ice-6mg-100ml | 129 | $ 187.05 |
| Belts Ice-0mg-100ml | 34 | $ 49.30 |
| Belts Ice-3mg-100ml | 12 | $ 17.40 |
| Belts Ice-6mg-100ml | 11 | $ 15.95 |
| Lemon Drops Ice-0mg-100ml | 54 | $ 78.30 |
| Lemon Drops Ice-3mg-100ml | 51 | $ 73.95 |
| Lemon Drops Ice-6mg-100ml | 7 | $ 10.15 |
| Peachy Rings Ice-0mg-100ml | 128 | $ 185.60 |
| Peachy Rings Ice-3mg-100ml | 59 | $ 85.55 |
| Peachy Rings Ice-6mg-100ml | 22 | $ 31.90 |
| Pink Squares Ice-0mg-100ml | 69 | $ 100.05 |
| Pink Squares Ice-3mg-100ml | 15 | $ 21.75 |
| Pink Squares Ice-6mg-100ml | 59 | $ 85.55 |
| SW Bubblegum Ice-0mg-100ml | 83 | $ 120.35 |
| SW Bubblegum Ice-3mg-100ml | 5 | $ 7.25 |
| SW Bubblegum Ice-6mg-100ml | 38 | $ 55.10 |
| Swedish Ice-0mg-100ml | 11 | $ 15.95 |
| Swedish Ice-3mg-100ml | 2 | $ 2.90 |
| Swedish Ice-6mg-100ml | 47 | $ 68.15 |
| Worms Ice-0mg-100ml | 70 | $ 101.50 |
| Worms Ice-3mg-100ml | 15 | $ 21.75 |
| Worms Ice-6mg-100ml | 58 | $ 84.10 |

| | | |
|---|---|---|
| Strawberry Rolls on Ice-0mg-100ml | 81 | $ 117.45 |
| Strawberry Rolls on Ice-6mg-100ml | 52 | $ 75.40 |
| Apple Ice-0mg-100ml | 41 | $ 59.45 |
| Apple Ice-3mg-100ml | 39 | $ 56.55 |
| Apple Ice-6mg-100ml | 11 | $ 15.95 |
| Dweebz Ice-0mg-100ml | 11 | $ 15.95 |
| Dweebz Ice-3mg-100ml | 8 | $ 11.60 |
| Dweebz Ice-6mg-100ml | 28 | $ 40.60 |
| DVNK-0mg-100ml | 100 | $ 145.00 |
| DVNK-3mg-100ml | 131 | $ 189.95 |
| Choco Cream-0mg-100ml | 72 | $ 104.40 |
| Choco Cream-3mg-100ml | 117 | $ 169.65 |
| Choco Cream-6mg-100ml | 51 | $ 73.95 |
| Lemon Wafer-0mg-100ml | 168 | $ 243.60 |
| Lemon Wafer-3mg-100ml | 2 | $ 2.90 |
| Lemon Wafer 6mg 100ml | 105 | $ 152.25 |
| Goat-Apple-0mg-100ml | 228 | $ 330.60 |
| Goat-Apple-3mg-100ml | 559 | $ 810.55 |
| Goat-Apple-6mg-100ml | 545 | $ 790.25 |
| Goat-Berry-0mg-100ml | 219 | $ 317.55 |
| Goat-Berry-3mg-100ml | 438 | $ 635.10 |
| Goat-Berry-6mg-100ml | 475 | $ 688.75 |
| Goat-Cola-0mg-100ml | 244 | $ 353.80 |
| Goat-Cola-3mg-100ml | 500 | $ 725.00 |
| Goat-Cola-6mg-100ml | 538 | $ 780.10 |
| Goat-Lush-0mg-100ml | 224 | $ 324.80 |
| Goat-Lush-3mg-100ml | 581 | $ 842.45 |
| Goat-Lush-6mg-100ml | 534 | $ 774.30 |
| Goat-Spearmint-0mg-100ml | 135 | $ 195.75 |
| Goat-Spearmint-3mg-100ml | 512 | $ 742.40 |
| Goat-Spearmint-6mg-100ml | 448 | $ 649.60 |
| Goat-Strawberry Kiwi-0mg-100ml | 217 | $ 314.65 |
| Goat-Strawberry Kiwi-3mg-100ml | 466 | $ 675.70 |
| Goat-Strawberry Kiwi-6mg-100ml | 424 | $ 614.80 |
| Goat-Watermelon Gum-0mg-100ml | 219 | $ 317.55 |
| Goat-Watermelon Gum-3mg-100ml | 422 | $ 611.90 |
| Goat-Watermelon Gum-6mg-100ml | 476 | $ 690.20 |
| Goat-Apple-35mg-30ml | 633 | $ 727.95 |
| Goat-Apple-50mg-30ml | 731 | $ 840.65 |
| Goat-Berry-35mg-30ml | 667 | $ 767.05 |
| Goat-Berry-50mg-30ml | 764 | $ 878.60 |
| Goat-Cola-35mg-30ml | 599 | $ 688.85 |
| Goat-Cola-50mg-30ml | 704 | $ 809.60 |
| Goat-Lush-35mg-30ml | 716 | $ 823.40 |
| Goat-Lush-50mg-30ml | 776 | $ 892.40 |
| Goat-Spearmint-35mg-30ml | 588 | $ 676.20 |
| Goat-Spearmint-50mg-30ml | 751 | $ 863.65 |
| Goat-Strawberry Kiwi-35mg-30ml | 640 | $ 736.00 |
| Goat-Strawberry Kiwi-50mg-30ml | 752 | $ 864.80 |
| Goat-Watermelon Gum-35mg-30ml | 608 | $ 699.20 |
| Goat-Watermelon Gum-50mg-30ml | 715 | $ 822.25 |
| Chocolate-0mg-100ml | 3 | $ 4.35 |
| Chocolate-6mg-100ml | 117 | $ 169.65 |
| Cereal-0mg-100ml | 75 | $ 108.75 |
| Cereal-3mg-100ml | 11 | $ 15.95 |

| | | | |
|---|---|---|---|
| Honey-0mg-100ml | 24 | $ | 34.80 |
| Honey-3mg-100ml | 75 | $ | 108.75 |
| Honey-6mg-100ml | 96 | $ | 139.20 |
| Strawberry-0mg-100ml | 31 | $ | 44.95 |
| Strawberry-3mg-100ml | 14 | $ | 20.30 |
| Double Mango (Synthetic)-50mg-7000p-600mah-15ml | 3,395 | $ | 10,524.50 |
| Grape Aloe (Synthetic)-50mg-7000p-600mah-15ml | 255 | $ | 790.50 |
| Mint Ice (Synthetic)-50mg-7000p-600mah-15ml-50mg-7000p-600mah-15ml | 1,466 | $ | 4,544.60 |
| Orange Soda (Synthetic)-50mg-7000p-600mah-15ml | 2,688 | $ | 8,332.80 |
| Peach Rings (Synthetic)-50mg-7000p-600mah-15ml | 2,385 | $ | 7,393.50 |
| Sour Apple (Synthetic)-50mg-7000p-600mah-15ml | 2,157 | $ | 6,686.70 |
| Strawberry Banana (Synthetic)-50mg-7000p-600mah-15ml | 2,069 | $ | 6,413.90 |
| Strawberry Watermelon (Synthetic)-50mg-7000p-600mah-15ml | 1,298 | $ | 4,023.80 |
| Strawberry Kiwi (Synthetic)-50mg-7000p-600mah-15ml | 3,101 | $ | 9,613.10 |
| Watermelon Ice (Synthetic)-50mg-7000p-600mah-15ml | 547 | $ | 1,695.70 |
| Nic Shot-10ml-3mg (100ml bottle) | 30 | $ | 17.10 |
| Nic Shot-10ml-6mg (100ml bottle) | 35 | $ | 23.10 |
| Nic Shot-10ml-35mg (30ml bottle) | 11 | $ | 7.92 |
| Nic Shot-10ml-50mg (30ml bottle) | 33 | $ | 27.06 |
| SW Bubblegum Salt-50mg-30ml (Synthetic) | 3 | $ | 3.75 |
| Watermelon Wedges-35mg-30ml (Synthetic) | 35 | $ | 43.75 |
| Watermelon Wedges-50mg-30ml (Synthetic) | 113 | $ | 141.25 |
| Tropic Chew-35mg-30ml (Synthetic) | 31 | $ | 38.75 |
| Tropic Chew-50mg-30ml (Synthetic) | 28 | $ | 35.00 |
| Batch Salt-35mg-30ml | 40 | $ | 46.00 |
| Batch Salt-50mg-30ml | 30 | $ | 34.50 |
| Belts Salt-50mg-30ml | 34 | $ | 39.10 |
| SW Bubblegum Salt-35mg-30ml | 19 | $ | 21.85 |
| SW Bubblegum Salt-50mg-30ml | 5 | $ | 5.75 |
| Worms Salt-35mg-30ml | 98 | $ | 112.70 |
| Worms Salt-50mg-30ml | 24 | $ | 27.60 |
| Swedish Salt-35mg-30ml | 21 | $ | 24.15 |
| Swedish Salt-50mg-30ml | 12 | $ | 13.80 |
| Peachy Rings Salt-35mg-30ml | 2 | $ | 2.30 |
| Peachy Rings Salt-50mg-30ml | 43 | $ | 49.45 |
| Pink Squares Salt-50mg-30ml | 24 | $ | 27.60 |
| Dweebz Salt-35mg-30ml | 19 | $ | 21.85 |
| Dweebz Salt-50mg-30ml | 60 | $ | 69.00 |
| Strawberry Rolls Salt-35mg-30ml | 9 | $ | 10.35 |
| Strawberry Rolls Salt-50mg-30ml | 20 | $ | 23.00 |
| Apple Salt-50mg-30ml | 17 | $ | 19.55 |
| Gush Salt-35mg-30ml | 8 | $ | 9.20 |
| Gush Salt-50mg-30ml | 41 | $ | 47.15 |
| Jaws Salt-35mg-30ml | 85 | $ | 97.75 |
| Jaws Salt-50mg-30ml | 33 | $ | 37.95 |
| Sour Straws Salt-35mg-30ml | 15 | $ | 17.25 |
| Sour Straws Salt-50mg-30ml | 15 | $ | 17.25 |
| Gobbies Salt-35mg-30ml | 89 | $ | 102.35 |
| Gobbies Salt-50mg-30ml | 20 | $ | 23.00 |
| Mint Salt-35mg-30ml | 8 | $ | 9.20 |
| Mint Salt-50mg-30ml | 4 | $ | 4.60 |
| Pink Lemonade Strips Salt-35mg-30ml | 72 | $ | 82.80 |
| Pink Lemonade Strips Salt-50mg-30ml | 65 | $ | 74.75 |

| | | |
|---|---|---|
| Cola Gummies Salt-35mg-30ml | 54 | $ 62.10 |
| Cola Gummies Salt-50mg-30ml | 87 | $ 100.05 |
| Watermelon Wedges-35mg-30ml | 9 | $ 10.35 |
| Watermelon Wedges-50mg-30ml | 33 | $ 37.95 |
| Tropic Chew-35mg-30ml | 109 | $ 125.35 |
| Tropic Chew-50mg-30ml | 115 | $ 132.25 |
| Mystery Air Ballons-35mg-30ml | 2 | $ 2.30 |
| Mystery Air Ballons-50mg-30ml | 2 | $ 2.30 |
| Cotton Candy-35mg-30ml | 4 | $ 4.60 |
| Cotton Candy-50mg-30ml | 4 | $ 4.60 |
| Batch on Salt Iced-35mg-30ml | 33 | $ 37.95 |
| Batch on Salt Iced-50mg-30ml | 4 | $ 4.60 |
| Belts on Salt Iced-35mg-30ml | 23 | $ 26.45 |
| Belts on Salt Iced-50mg-30ml | 113 | $ 129.95 |
| Lemon Drops on Salt Iced-35mg-30ml | 7 | $ 8.05 |
| Lemon Drops on Salt Iced-50mg-30ml | 24 | $ 27.60 |
| Peachy Rings on Salt Iced-35mg-30ml | 138 | $ 158.70 |
| Peachy Rings on Salt Iced-50mg-30ml | 121 | $ 139.15 |
| Pink Squares on Salt Iced-35mg-30ml | 143 | $ 164.45 |
| Pink Squares on Salt Iced-50mg-30ml | 80 | $ 92.00 |
| SW Bubblegum on Salt Iced-35mg-30ml | 12 | $ 13.80 |
| SW Bubblegum on Salt Iced-50mg-30ml | 21 | $ 24.15 |
| Swedish on Salt Iced-35mg-30ml | 32 | $ 36.80 |
| Swedish on Salt Iced-50mg-30ml | 44 | $ 50.60 |
| Worms on Salt Iced-35mg-30ml | 51 | $ 58.65 |
| Worms on Salt Iced-50mg-30ml | 92 | $ 105.80 |
| Dweebz on Salt Iced-35mg-30ml | 38 | $ 43.70 |
| Dweebz on Salt Iced-50mg-30ml | 22 | $ 25.30 |
| Strawberry Rolls on Salt Iced-35mg-30ml | 39 | $ 44.85 |
| Strawberry Rolls on Salt Iced-50mg-30ml | 29 | $ 33.35 |
| Apple on Salt Iced-35mg-30ml | 54 | $ 62.10 |
| Apple on Salt Iced-50mg-30ml | 92 | $ 105.80 |
| Shortfill -Batch-30ml | 82 | $ 77.90 |
| Shortfill-Belts-30ml | 26 | $ 24.70 |
| Shortfill-Belts-100ml | 2 | $ 1.90 |
| Shortfill-Lemon Drops-30ml | 12 | $ 11.40 |
| Shortfill-Lemon Drops-100ml | 45 | $ 42.75 |
| Shortfill-Peachy Rings-30ml | 9 | $ 8.55 |
| Shortfill-Peachy Rings-100ml | 19 | $ 18.05 |
| Shortfill-Pink Squares-30ml | 86 | $ 81.70 |
| Shortfill-Pink Squares-100ml | 11 | $ 10.45 |
| Shortfill- SW Bubblegum-30ml | 6 | $ 5.70 |
| Shortfill-Swedish-30ml | 8 | $ 7.60 |
| Shortfill-Worms-30ml | 59 | $ 56.05 |
| Shortfill-Worms-100ml | 145 | $ 137.75 |
| Shortfill-Dweebz-30ml | 71 | $ 67.45 |
| Shortfill-Dweebz-100ml | 57 | $ 54.15 |
| Shortfill-Strawberry Rolls-30ml | 49 | $ 46.55 |
| Shortfill-Strawberry Rolls-100ml | 41 | $ 38.95 |
| Shortfill-Hard Apple-30ml | 37 | $ 35.15 |
| Shortfill-Hard Apple-100ml | 34 | $ 32.30 |
| Shortfill-Gush-30ml | 40 | $ 38.00 |
| Shortfill-Gush-100ml | 60 | $ 57.00 |
| Shortfill-Jaws-30ml | 23 | $ 21.85 |
| Shortfill-Jaws-100ml | 43 | $ 40.85 |

| | | |
|---|---|---|
| Shortfill-Sour Straws-30ml | 9 | $ 8.55 |
| Shortfill-Sour Straws-100ml | 26 | $ 24.70 |
| Shortfill-Batch Ice-30ml | 8 | $ 7.60 |
| Shortfill-Batch Ice-100ml | 51 | $ 48.45 |
| Shortfill-Belts Ice-30ml | 11 | $ 10.45 |
| Shortfill-Belts Ice-100ml | 74 | $ 70.30 |
| Shortfill-Lemon Drops Ice-100ml | 12 | $ 11.40 |
| Shortfill-Peachy Rings Ice-30ml | 8 | $ 7.60 |
| Shortfill-Peachy Rings Ice-100ml | 85 | $ 80.75 |
| Shortfill-Pink Squares Ice-30ml | 18 | $ 17.10 |
| Shortfill-Pink Squares Ice-100ml | 7 | $ 6.65 |
| Shortfill-SW Bubblegum Ice-30ml | 116 | $ 110.20 |
| Shortfill-SW Bubblegum Ice-100ml | 87 | $ 82.65 |
| Shortfill-Swedish Ice-30ml | 28 | $ 26.60 |
| Shortfill-Worms Ice-30ml | 2 | $ 1.90 |
| Shortfill-Worms Ice-100ml | 92 | $ 87.40 |
| Shortfill-Dweebz Ice-30ml | 8 | $ 7.60 |
| Shortfill-Strawberry Rolls Ice-30ml | 28 | $ 26.60 |
| Shortfill-Strawberry Rolls Ice-100ml | 35 | $ 33.25 |
| Shortfill-Hard Apple Ice-30ml | 3 | $ 2.85 |
| Shortfill-Hard Apple Ice-100ml | 3 | $ 2.85 |
| Shortfill-DVNK-100ml | 51 | $ 48.45 |
| Shortfill-Lemon Wafer-100ml | 2 | $ 1.90 |
| Shortfill-Choco-100ml | 74 | $ 70.30 |
| Shortfill-Cuban-30ml | 9 | $ 8.55 |
| Shortfill-Cuban-100ml | 21 | $ 19.95 |
| Shortfill-Butterscotch-30ml | 72 | $ 68.40 |
| Shortfill-Butterscotch-100ml | 73 | $ 69.35 |
| Shortfill-Vanilla Custard-30ml | 11 | $ 10.45 |
| Shortfill-Berry Breeze-30ml | 18 | $ 17.10 |
| Shortfill-Berry Breeze-100ml | 14 | $ 13.30 |
| Shortfill-Lychee Luau-30ml | 21 | $ 19.95 |
| Shortfill-Lychee Luau-100ml | 31 | $ 29.45 |
| Shortfill-Mad Melon-30ml | 44 | $ 41.80 |
| Shortfill-Mad Melon-100ml | 3 | $ 2.85 |
| Shortfill-Maui Mango-30ml | 45 | $ 42.75 |
| Shortfill-Maui Mango-100ml | 21 | $ 19.95 |
| Shortfill-Cucumber Cooler-30ml | 45 | $ 42.75 |
| Shortfill-Cucumber Cooler-100ml | 36 | $ 34.20 |
| Shortfill-Grapefruit Guava-30ml | 25 | $ 23.75 |
| Shortfill-Grapefruit Guava-100ml | 27 | $ 25.65 |
| Cuban-6mg-60ml(Twin Pack) | 21 | $ 40.95 |
| Cuban-12mg-60ml(Twin Pack) | 7 | $ 13.65 |
| Butterscotch-0mg-60ml(Twin Pack) | 10 | $ 19.50 |
| Butterscotch-3mg-60ml(Twin Pack) | 12 | $ 23.40 |
| Butterscotch-6mg-60ml(Twin Pack) | 11 | $ 21.45 |
| Butterscotch-12mg-60ml(Twin Pack) | 10 | $ 19.50 |
| Cuban Salt-35mg-30ml | 27 | $ 31.05 |
| Cuban Salt-50mg-30ml | 9 | $ 10.35 |
| Vanilla Custard Salt-50mg-30ml | 88 | $ 101.20 |
| Butterscotch Salt-35mg-30ml | 25 | $ 28.75 |
| Butterscotch Salt-50mg-30ml | 104 | $ 119.60 |
| Berry Breeze-0mg-100ml | 39 | $ 56.55 |
| Berry Breeze-3mg-100ml | 15 | $ 21.75 |
| Berry Breeze-6mg-100ml | 13 | $ 18.85 |

| | | | |
|---|---|---|---|
| Lychee Luau-0mg-100ml | 115 | $ | 166.75 |
| Lychee Luau-3mg-100ml | 52 | $ | 75.40 |
| Lychee Luau-6mg-100ml | 92 | $ | 133.40 |
| Mad Melon-0mg-100ml | 173 | $ | 250.85 |
| Mad Melon-3mg-100ml | 34 | $ | 49.30 |
| Mad Melon-6mg-100ml | 84 | $ | 121.80 |
| Maui Mango-0mg-100ml | 99 | $ | 143.55 |
| Maui Mango-3mg-100ml | 65 | $ | 94.25 |
| Maui Mango-6mg-100ml | 102 | $ | 147.90 |
| Cucumber Cooler-0mg-100ml | 26 | $ | 37.70 |
| Cucumber Cooler-3mg-100ml | 59 | $ | 85.55 |
| Cucumber Cooler-6mg-100ml | 109 | $ | 158.05 |
| Grapefruit Gust-0mg-100ml | 44 | $ | 63.80 |
| Grapefruit Gust-3mg-100ml | 9 | $ | 13.05 |
| Grapefruit Gust-6mg-100ml | 20 | $ | 29.00 |
| Berry Breeze Salt-35mg-30ml | 39 | $ | 44.85 |
| Berry Breeze Salt-50mg-30ml | 54 | $ | 62.10 |
| Lychee Luau Salt-35mg-30ml | 52 | $ | 59.80 |
| Lychee Luau Salt-50mg-30ml | 39 | $ | 44.85 |
| Mad Melon Salt-35mg-30ml | 144 | $ | 165.60 |
| Mad Melon Salt-50mg-30ml | 145 | $ | 166.75 |
| Maui Mango Salt-35mg-30ml | 22 | $ | 25.30 |
| Maui Mango Salt-50mg-30ml | 200 | $ | 230.00 |
| Cucumber Cooler-35mg-30ml | 30 | $ | 34.50 |
| Cucumber Cooler-50mg-30ml | 11 | $ | 12.65 |
| Grapefruit Gust-35mg-30ml | 79 | $ | 90.85 |
| Grapefruit Gust-50mg-30ml | 55 | $ | 63.25 |
| Worms OS-10mg-10ml | 69 | $ | 65.55 |
| SW Gum OS-10mg-10ml | 121 | $ | 114.95 |
| Peachy OS -10mg-10ml | 18 | $ | 17.10 |
| Cuban OS-10mg-10ml | 110 | $ | 104.50 |
| Butterscotch OS-10mg-10ml | 57 | $ | 54.15 |
| Vanilla Custard OS-10mg-10ml | 97 | $ | 92.15 |
| Berry Breeze OS Ice-10mg-10ml | 49 | $ | 46.55 |
| Mad Melon OS Ice-10mg-10ml | 49 | $ | 46.55 |
| Maui Mango OS Ice-10mg-10ml | 10 | $ | 9.50 |
| Worms OS-20mg-10ml | 49 | $ | 46.55 |
| SW Gum OS-20mg-10ml | 51 | $ | 48.45 |
| Peachy OS-20mg-10ml | 296 | $ | 281.20 |
| Cuban OS-20mg-10ml | 236 | $ | 224.20 |
| Butterscotch OS-20mg-10ml | 10 | $ | 9.50 |
| Vanilla Custard OS-20mg-10ml | 24 | $ | 22.80 |
| Berry Breeze OS Ice-20mg-10ml | 69 | $ | 65.55 |
| Mad Melon OS Ice-20mg-10ml | 64 | $ | 60.80 |
| Maui Mango OS Ice-20mg-10ml | 110 | $ | 104.50 |
| BGCOS - Blue Razz 24mg 15ml | 14 | $ | 13.30 |
| BGCOS - Grape 24mg 15ml | 42 | $ | 39.90 |
| BGCOS - Melon 24mg 15ml | 56 | $ | 53.20 |
| BGCOS - Pink Lemonade 24mg 15ml | 71 | $ | 67.45 |
| BGCOS - SWB 24mg 15ml | 37 | $ | 35.15 |
| BGCOS - Tropic 24mg 15ml | 209 | $ | 198.55 |
| Batch on Salt Iced - 24mg - 15ml | 239 | $ | 227.05 |
| Lemon Drops on Salt Iced - 24mg - 15ml | 24 | $ | 22.80 |
| Pink Squares on Salt Iced - 24mg - 15ml | 10 | $ | 9.50 |
| Peachy Rings on Salt Iced - 24mg - 15ml | 13 | $ | 12.35 |

| | | | |
|---|---|---|---|
| Belts on Salt Iced - 24mg - 15ml | 213 | $ | 202.35 |
| Strawberry Watermelon Bubblegum on Salt Iced - 24mg - 15m | 77 | $ | 73.15 |
| Swedish on Salt Iced - 24mg - 15ml | 24 | $ | 22.80 |
| Worms on Salt Iced - 24mg - 15ml | 72 | $ | 68.40 |
| Dweebz on Salt Iced - 24mg - 15ml | 9 | $ | 8.55 |
| Strawberry Rolls on Salt Iced - 24mg - 15ml | 219 | $ | 208.05 |
| Apple on Salt Iced - 24mg - 15ml | 123 | $ | 116.85 |
| Batch on Salt - 24mg - 15ml | 26 | $ | 24.70 |
| Lemon Drops on Salt - 24mg - 15ml | 39 | $ | 37.05 |
| Peachy Rings on Salt - 24mg - 15ml | 101 | $ | 95.95 |
| Pink Squares on Salt - 24mg - 15ml | 39 | $ | 37.05 |
| Belts on Salt - 24mg - 15ml | 8 | $ | 7.60 |
| Strawberry Watermelon Bubblegum on Salt - 24mg - 15ml | 28 | $ | 26.60 |
| Swedish on Salt - 24mg - 15ml | 45 | $ | 42.75 |
| Worms on Salt - 24mg - 15ml | 73 | $ | 69.35 |
| Dweebz on Salt - 24mg - 15ml | 207 | $ | 196.65 |
| Strawberry Rolls on Salt - 24mg - 15ml | 242 | $ | 229.90 |
| Apple on Salt - 24mg - 15ml | 75 | $ | 71.25 |
| Gobbies on Salt-24mg-15ml | 19 | $ | 18.05 |
| Mint on Salt-24mg-15ml | 114 | $ | 108.30 |
| Pink Lemonade Strips on Salt-24mg-15ml | 27 | $ | 25.65 |
| Cola Gummies on Salt-24mg-15ml | 26 | $ | 24.70 |
| | | $ | 109,199.48 |

| Debtor | Drip More LLC | Case number *(If known)* | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and
communication systems equipment and software**
5 Mac computer desktops for graphics $2,500
32 All-In One Computers -  assorted HP and
Lenovo $5,760
1 Graphic computer $420
1 Apple laptop - graphic design $400
1 Asus laptop $400
3 Sony A7 ILCE7M3/B Cameras $1,200          $0.00    Liquidation          $10,680.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                        $16,680.00
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2020 Tesla Model 3 - 75,813 miles | $0.00 | KBB | $20,410.00 |
| 47.2.  2016 Mercedes C450 AMG 4DR - 96,635 miles | $0.00 | KBB | $18,320.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
See Attached List                          $0.00    Liquidation          $94,723.79

**SCHEDULE B # 50 - MACHINERY & EQUIPMI**         **DRIP MORE LLC (CA)**

| QTY | MACHINERY | MANUFACTURER/MODEL | SERIAL NUMBER | VALUE |
|---|---|---|---|---|
| 1 | E-liquid Fully Automated Machine (60ml) | Shanghai Chengxiang Machine Co, Ltd / 2018 | CX-2018356 | $16,500.00 |
| 1 | E-liquid Fully Automated Machine (100ml) | Shanghai Chengxiang Machine Co, Ltd | CX-2018369 | $16,500.00 |
| 1 | E-liquid Fully Automated Machine (30ml) | Shanghai Chengxiang Machine Co, Ltd | CX-2018357 | $11,100.00 |
| 1 | E-liquid Fully Automated Machine (30ml) | Shanghai Chengxiang Machine Co, Ltd | CX-2018355 | $11,100.00 |
| 1 | Thermoplastic Sealing Machine | Chuangming CLF-5545 | | $1,735.60 |
| 1 | Jet Heat Shrink Packaging Machine | Chengqi BS4522N | | $2,140.00 |
| 1 | Continuous Band Sealer | Cleveland CE-4500HVE | | $1,367.60 |
| 1 | Thermal Shrink Tunnel | Dingye BSS-1538B | | $800.00 |
| 3 | Semi-Automatic Tabletop Filling Machine | Ocitytimes F1 | | $3,122.10 |
| 2 | Assembly Line Turn Tables | Ketan Automated Equiptment, Inc | | $1,400.00 |
| 1 | Inkjet Machine | Paul Leibinger GmbH & Co | LJ-411643 | $1,500.00 |
| 1 | Inkjet Machine | Paul Leibinger GmbH & Co | LJ-411647 | $1,500.00 |
| 1 | Inkjet Machine | Paul Leibinger GmbH & Co | LJ-411649 | $1,500.00 |
| 1 | Hugger Belt | Ketan Automated Equiptment, Inc | SN-18312 | $656.00 |
| 1 | Hugger Belt | Ketan Automated Equiptment, Inc | SN-18313 | $656.00 |
| 1 | Big Joe Lift Truck | Big Joe / Power Steering Walkie Reach Truck / 2017 | | $4,497.00 |
| 1 | Crown Lift Truck | Crown / Power Steering Walkie Reach Truck / 2019 | | $3,500.00 |
| | **Total Machinery** | | | **$79,574.30** |

| | EQUIPMENT | | | |
|---|---|---|---|---|
| 1 | Industrial Pallet Racking 3500sqf | Big Joe Lift Trucks / Total New Racking System / 2017 | | $2,849.19 |
| 1 | Industrial Scale A&D 61K | | | $1,000.00 |
| 1 | Industrial Scale A&D 41K | | | $600.00 |
| 1 | HikVision CCTV Security System | 32 Channel NVR / 2x 16 Port POE Switches / 23 IP Cameras | | $3,451.00 |
| 1 | HikVision CCTV Security System | 1 x DS9664 NVR / 29 x 8MP Turrent Cameras / 2 x Switch | | $4,002.20 |
| 1 | Cole Parmer Digital Batch Mixer | Model EW-50009-00 | 1540CP10018 | $851.16 |
| 1 | Cole Parmer Digital Batch Mixer | Model EW-50009-00 | 1540CP10024 | $851.16 |
| 1 | Cole Parmer Digital Batch Mixer | Model EW-50009-00 | 1540CP10048 | $954.58 |
| 3 | U-Line 55 Gallon Drum Pump | Model H-6501 - High Viscosity Drum Pump | | $590.20 |
| | **Total Equipment** | | | **$15,149.49** |

Debtor    Drip More LLC
_____    Case number *(If known)*  8:24-bk-11703-SC
Name

| 51. | **Total of Part 8.** | | | | $133,453.79 |
|---|---|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Debtor is licensee for attached trademarks. | $0.00 | | $0.00 |
| | Debtor owns attached trademarks. | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** dripmore.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** Cigarette and Tobacco Products Licensing Act of 2003 Tobacco Products Manufacturer's and Importer's License | $0.00 | | $0.00 |
| | Cigarette and Tobacco Products Licensing Act of 2003 Distributor's License | $0.00 | | $0.00 |
| | Seller's Permit | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill | $0.00 | | Unknown |

Schedule A/B Assets - Real and Personal Property

| Serial Number | Wordmark | Image | Owner | Goods/Services | Basis | Filed Date | International Class | Registration Date | Registration Number | Registration Type | Supplemental Registration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85883038 | DEADSTOCK | Image for 85883038 | DEADSTOCK LLC | IC 025: T-shirts.; IC 035: Retail store services featuring clothing. | 1a | 2013-03-21 | IC 025 IC 035 | 2015-05-12 | 4735781 | PRINCIPAL | |
| 90352517 | HEAT CHECK | Image for 90352517 | Deadstock LLC | IC 042: Authentication services in the field of apparel, footwear, and accessories therefor. | 1a | 2020-12-01 | IC 042 | | 2022-11-15 | 6901999 | PRINCIPAL |
| 97228498 | DEADSTOCK | Image for 97228498 | Deadstock LLC | IC 009: Downloadable virtual goods, namely, footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in online virtual worlds; downloadable computer programs and mobile applications for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling virtual goods, namely, footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in online virtual worlds.; IC 035: Physical and online retail store services featuring virtual clothing, namely, footwear, sneakers, hats, hooded sweatshirts, pants, underwear, headwear, shirts, jogging pants, and socks for use in online virtual worlds.; IC 041: Entertainment services, namely, providing on-line, non-downloadable virtual footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in virtual environments created for entertainment purposes. | 1b | 2022-01-19 | IC 009 IC 035 IC 041 | | | PRINCIPAL | |
| 88673006 | SWITCH MODS | Image for 88673006 | Brian Bereber | IC 034: Electronic cigarettes; Electronic cigarette atomizers sold empty. | 1b | 2019-10-29 | IC 034 | | PRINCIPAL | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87609267 | DRIP WITH US | Image for 87609267 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2018-03-06 | 5418325 | PRINCIPAL | |
| 87575605 | DRIP | Image for 87575605 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-18 | IC 034 | 2019-02-12 | 5676812 | SUPPLEMENTAL | 2018-12-04 |
| 87787305 | PINK SQUARES | Image for 87787305 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2018-02-07 | IC 034 | 2019-07-30 | 5816736 | PRINCIPAL | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87566546 | DRIP LA | Image for 87566546 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; electronic cigarette liquid (e-liquid) comprised of propylene glycol; electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; containers filled with chemical flavorings in liquid form for electronic cigarettes; chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-12 | IC 034 | 2019-05-28 | 5764298 | PRINCIPAL | |
| 87609234 | BATCH | Image for 87609234 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2018-11-20 | 5609677 | PRINCIPAL | |
| 87609245 | WORMS | Image for 87609245 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2018-04-03 | 5438276 | PRINCIPAL | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87609255 | PEACHY TEA | Image for 87609255 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2018-09-04 | 5557318 | SUPPLEMENTAL | 2018-06-28 |
| 87828414 | COOKIE KING | Image for 87828414 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2018-03-09 | IC 034 | 2019-03-19 | 5701003 | PRINCIPAL | |
| 87609253 | WATERMELO NE | Image for 87609253 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2019-03-12 | 5699460 | SUPPLEMENTAL | 2018-12-31 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87828441 DVNK | Image for 87828441 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2018-03-09 | IC 034 | 2019-03-26 | 5707753 | PRINCIPAL | |
| 87553283 DRIP MORE | Image for 87553283 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-02 | IC 034 | 2018-03-20 | 5426945 | PRINCIPAL | |
| 87572200 CANDY KING | Image for 87572200 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-16 | IC 034 | 2018-03-06 | 5418220 | PRINCIPAL | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [87586502](#) | GOAT | [Image for 87586502](#) | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-28 | IC 034 | | 2019-05-28 | 5764339 | PRINCIPAL | |
| [87780776](#) | SALT KING | [Image for 87780776](#) | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges; all of the foregoing made in whole or significant part of nicotine salts. | 1a | 2018-02-01 | IC 034 | | 2019-03-19 | 5700850 | PRINCIPAL | |
| [87553331](#) | DRIP MORE | [Image for 87553331](#) | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-02 | IC 034 | | 2018-03-20 | 5426950 | PRINCIPAL | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87584718 | COOKIE KING | Image for 87584718 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-25 | IC 034 | | 2018-10-30 | 5597002 | PRINCIPAL | |
| 87609250 | SOUR WORMS | Image for 87609250 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | | 2018-04-24 | 5452167 | PRINCIPAL | |
| 87609240 | SWEDISH | Image for 87609240 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | | 2018-04-03 | 5438275 | PRINCIPAL | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87553331 | DRIP MORE | Image for 87553331 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-02 | IC 034 | 2018-03-20 | 5426950 | PRINCIPAL |
| 87584718 | COOKIE KING | Image for 87584718 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-08-25 | IC 034 | 2018-10-30 | 5597002 | PRINCIPAL |
| 87609250 | SOUR WORMS | Image for 87609250 | Brian Bereber | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Containers filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges. | 1a | 2017-09-14 | IC 034 | 2018-04-24 | 5452167 | PRINCIPAL |

| | | | | liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Bottles filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87787284 | PEACHY RINGS | Image for 87787284 | Brian Bereber | cartridges. | 1a | 2018-02-06 | IC 034 | | 2019-03-26 | 5707605 | PRINCIPAL | |

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**    **MAINTENANCE**

Back to Search    Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-16 17:44:08 EDT | | |
| Mark: | DEADSTOCK | | **DEADSTOCK** |
| US Serial Number: | 85883038 | Application Filing Date: | Mar. 21, 2013 |
| US Registration Number: | 4735781 | Registration Date: | May 12, 2015 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |



TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | | | |
|---|---|---|---|
| Status: | A Section 8 declaration has been accepted. | | |
| Status Date: | Oct. 14, 2021 | | |
| Publication Date: | Oct. 15, 2013 | Notice of Allowance Date: | Dec. 10, 2013 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Case 8:24-bk-11703-SC    Doc 36    Filed 07/19/24    Entered 07/19/24 18:05:23    Desc
Main Document     Page 27 of 107

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS

Back to Search      Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 18:01:59 EDT |
| **Mark:** | SWITCH MODS |

# SWITCH MODS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88673006 | **Application Filing Date:** | Oct. 29, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Suspension check completed. Application remains suspended.

**Status Date:** Apr. 02, 2024

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**

Back to Search          Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-16 18:00:23 EDT |
| Mark: | DEADSTOCK |

# DEADSTOCK

| | | | |
|---|---|---|---|
| US Serial Number: | 97228498 | Application Filing Date: | Jan. 19, 2022 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |



**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

| | |
|---|---|
| Status: | Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date. |
| Status Date: | Dec. 26, 2023 |

| | | | |
|---|---|---|---|
| Publication Date: | Oct. 31, 2023 | Notice of Allowance Date: | Dec. 26, 2023 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE    Back to Search    Print

**Generated on:** This page was generated by TSDR on 2024-07-16 17:46:32 EDT

**Mark:** HEAT CHECK

# HEAT CHECK

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90352517 | **Application Filing Date:** | Dec. 01, 2020 |
| **US Registration Number:** | 6901999 | **Registration Date:** | Nov. 15, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 15, 2022

**Publication Date:** Aug. 10, 2021    **Notice of Allowance Date:** Oct. 05, 2021

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 18:08:02 EDT |
| **Mark:** | DRIP WITH US |

# DRIP WITH US

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609267 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5418325 | **Registration Date:** | Mar. 06, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office. |

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 06, 2018 |
| **Publication Date:** | Dec. 19, 2017 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE    |    Back to Search    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-16 18:13:55 EDT |
| Mark: | DRIP |



| | | | |
|---|---|---|---|
| US Serial Number: | 87575605 | Application Filing Date: | Aug. 18, 2017 |
| US Registration Number: | 5676812 | Registration Date: | Feb. 12, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Supplemental | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor:



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | | | |
|---|---|---|---|
| Amended to Principal Register: | No | Date Amended to Current Register: | Dec. 04, 2018 |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Feb. 12, 2019 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE

Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 18:14:59 EDT |
| **Mark:** | PINK SQUARES |

# PINK SQUARES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87787305 | **Application Filing Date:** | Feb. 07, 2018 |
| **US Registration Number:** | 5816736 | **Registration Date:** | Jul. 30, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Jul. 30, 2019 |
| **Publication Date:** | Feb. 12, 2019 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS        DOCUMENTS        MAINTENANCE                                    Back to Search              Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-17 12:46:21 EDT |
| **Mark:** | PEACHY RINGS |

# PEACHY RINGS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87787284 | **Application Filing Date:** | Feb. 06, 2018 |
| **US Registration Number:** | 5707605 | **Registration Date:** | Mar. 26, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 26, 2019 |
| **Publication Date:** | Jan. 08, 2019 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS     MAINTENANCE                                Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-17 12:44:29 EDT |
| **Mark:** | SOUR WORMS |

# SOUR WORMS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609250 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5452167 | **Registration Date:** | Apr. 24, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Apr. 24, 2018 |
| **Publication Date:** | Feb. 06, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS      MAINTENANCE                                    Back to Search              Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 20:22:26 EDT |
| **Mark:** | COOKIE KING |

# COOKIE KING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87584718 | **Application Filing Date:** | Aug. 25, 2017 |
| **US Registration Number:** | 5597002 | **Registration Date:** | Oct. 30, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Oct. 30, 2018 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Jan. 02, 2018 | **Notice of Allowance Date:** | Feb. 27, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                          Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-17 12:44:03 EDT |
| **Mark:** | DRIP MORE |

# DRIP MORE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87553331 | **Application Filing Date:** | Aug. 02, 2017 |
| **US Registration Number:** | 5426950 | **Registration Date:** | Mar. 20, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 20, 2018 |
| **Publication Date:** | Jan. 02, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE    Back to Search    Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:53:19 EDT |
| **Mark:** | SWEDISH |

# SWEDISH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609240 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5438275 | **Registration Date:** | Apr. 03, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Apr. 03, 2018 | | |
| **Publication Date:** | Jan. 16, 2018 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS       DOCUMENTS       MAINTENANCE                                        Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:47:46 EDT |
| **Mark:** | SOUR WORMS |

# SOUR WORMS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609250 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5452167 | **Registration Date:** | Apr. 24, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Apr. 24, 2018 |
| **Publication Date:** | Feb. 06, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS        DOCUMENTS        MAINTENANCE                                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:46:28 EDT |
| **Mark:** | COOKIE KING |

# COOKIE KING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87584718 | **Application Filing Date:** | Aug. 25, 2017 |
| **US Registration Number:** | 5597002 | **Registration Date:** | Oct. 30, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Oct. 30, 2018 |
| **Publication Date:** | Jan. 02, 2018 |
| **Notice of Allowance Date:** | Feb. 27, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS     MAINTENANCE                                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:46:24 EDT |
| **Mark:** | DRIP MORE |

# DRIP MORE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87553331 | **Application Filing Date:** | Aug. 02, 2017 |
| **US Registration Number:** | 5426950 | **Registration Date:** | Mar. 20, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 20, 2018 |
| **Publication Date:** | Jan. 02, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS      MAINTENANCE                                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:46:06 EDT |
| **Mark:** | SALT KING |

# SALT KING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87780776 | **Application Filing Date:** | Feb. 01, 2018 |
| **US Registration Number:** | 5700850 | **Registration Date:** | Mar. 19, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 19, 2019 |
| **Publication Date:** | Jan. 01, 2019 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS        DOCUMENTS        MAINTENANCE                                    Back to Search            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:46:00 EDT |
| **Mark:** | GOAT |

# GOAT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87586502 | **Application Filing Date:** | Aug. 28, 2017 |
| **US Registration Number:** | 5764339 | **Registration Date:** | May 28, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | | May 28, 2019 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Jan. 30, 2018 | **Notice of Allowance Date:** | Mar. 27, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS        DOCUMENTS        MAINTENANCE                              Back to Search              Print



| | | |
|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:35:58 EDT | |
| **Mark:** | CANDY KING | |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87572200 | **Application Filing Date:** | Aug. 16, 2017 |
| **US Registration Number:** | 5418220 | **Registration Date:** | Mar. 06, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**    LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 06, 2018

**Publication Date:** Dec. 19, 2017

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                          Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:38:34 EDT |
| **Mark:** | DRIP MORE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87553283 | **Application Filing Date:** | Aug. 02, 2017 |
| **US Registration Number:** | 5426945 | **Registration Date:** | Mar. 20, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 20, 2018 |
| **Publication Date:** | Jan. 02, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                         Back to Search          Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:29:30 EDT |
| **Mark:** | DVNK |

# DVNK

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87828441 | **Application Filing Date:** | Mar. 09, 2018 |
| **US Registration Number:** | 5707753 | **Registration Date:** | Mar. 26, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |  |

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

|  |  |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 26, 2019 |
| **Publication Date:** | Jan. 08, 2019 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                    Back to Search        Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-16 19:29:29 EDT |
| Mark: | WATERMELONE |

# WATERMELONE

| | | | |
|---|---|---|---|
| US Serial Number: | 87609253 | Application Filing Date: | Sep. 14, 2017 |
| US Registration Number: | 5699460 | Registration Date: | Mar. 12, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Supplemental | | |
| Mark Type: | Trademark | | |

| | | |
|---|---|---|
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |

| | | | |
|---|---|---|---|
| Amended to Principal Register: | No | Date Amended to Current Register: | Dec. 31, 2018 |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Mar. 12, 2019 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS      MAINTENANCE                                    Back to Search          Print



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 19:28:58 EDT |
| **Mark:** | COOKIE KING |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87828414 | **Application Filing Date:** | Mar. 09, 2018 |
| **US Registration Number:** | 5701003 | **Registration Date:** | Mar. 19, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**    LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 19, 2019

**Publication Date:** Jan. 01, 2019

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

STATUS    DOCUMENTS    MAINTENANCE

Back to Search    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-07-16 18:54:00 EDT |
| Mark: | PEACHY TEA |

# PEACHY TEA

| | | | |
|---|---|---|---|
| US Serial Number: | 87609255 | Application Filing Date: | Sep. 14, 2017 |
| US Registration Number: | 5557318 | Registration Date: | Sep. 04, 2018 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Supplemental | | |
| Mark Type: | Trademark | | |

| | | | |
|---|---|---|---|
| TM5 Common Status Descriptor: | | | LIVE/REGISTRATION/Issued and Active |
| | | | The trademark application has been registered with the Office. |
| Amended to Principal Register: | No | Date Amended to Current Register: | Jun. 28, 2018 |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Sep. 04, 2018 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                      Back to Search          Print

| | | |
|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 18:53:15 EDT | |
| **Mark:** | WORMS | **WORMS** |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609245 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5438276 | **Registration Date:** | Apr. 03, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Apr. 03, 2018 | | |
| **Publication Date:** | Jan. 16, 2018 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE    Back to Search    Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-16 18:52:26 EDT |
| **Mark:** | BATCH |

# BATCH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87609234 | **Application Filing Date:** | Sep. 14, 2017 |
| **US Registration Number:** | 5609677 | **Registration Date:** | Nov. 20, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 20, 2018

**Publication Date:** Sep. 04, 2018

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE

Back to Search       Print

| Generated on: | This page was generated by TSDR on 2024-07-16 18:38:01 EDT |
| --- | --- |
| Mark: | DRIP LA |

# DRIP LA

| US Serial Number: | 87566546 | Application Filing Date: | Aug. 12, 2017 |
| --- | --- | --- | --- |
| US Registration Number: | 5764298 | Registration Date: | May 28, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active |
| --- | --- | --- |
| | | The trademark application has been registered with the Office. |

| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| --- | --- |
| Status Date: | May 28, 2019 |
| Publication Date: | Aug. 14, 2018 | Notice of Allowance Date: | Oct. 09, 2018 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

| Serial Number | Wordmark | Image | Owner | Goods/Services | Basis | Filed Date | International Class | Priority Date | Registration Date | Registration Number | Registration Type | Supplemental Registration Date | Value | Value Desc | Licence | Licensed Through Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98073892 | ZOOMIES | Image for 98073892 | Drip More, LLC | IC 005: Nutritional supplements in the form of gummies; gummy vitamins containing cannabinoids with a delta-9 THC concentration of not more than 0.3 percent dry weight basis for recreational and medicinal purposes; herbal tinctures for medical purposes; Herbal tinctures containing cannabinoids with a delta-9 THC concentration of not more than 0.3 percent dry weight basis for recreational and medicinal purposes; Pharmaceutical preparations for reducing, managing and relieving pain, treating addiction disorders and treating mental health illnesses; pharmaceutical preparations consisting of psychedelics; medicinal psychoactive psychedelic therapies; pharmaceutical preparations and substances affecting the central nervous system; pharmaceutical preparations and substances for the prophylaxis, prevention and treatment of mental and neurological disorders and conditions; pharmaceutical preparations, namely, psychoactive drugs, anxiolytics, nootropics, psycholeptics, sedatives,... | 1b | 2023-07-06 | IC 005 IC 029 IC 030 IC 003 | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 98073876 | Wavy Print | Image for 98073876 | Drip More, LLC | IC 034: Chemical flavorings in liquid form used to refill electronic cigarette cartridges containing cannabidiol with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; Chemical flavorings in liquid form used to refill electronic cigarette cartridges, containing cannabinoids (CBD), all of the foregoing goods containing oils and isolates derived from the Cannabis sativa L. plant, all of the foregoing containing ingredients solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis; Cigars and cigarettes containing cannabinoids (CBD) all of the foregoing goods containing oils and isolates derived from the Cannabis sativa L. plant, all of the foregoing containing ingredients solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis.; IC 025: Casual clothing, namely, blouses, bottoms as clothing,.... | 1b | 2023-07-06 | IC 034 IC 025 | | | | PRINCIPAL | | $1,000 | To be sold | Critical Point, LLC | until cancelled or revoked |
| 97595342 | WAVY | Image for 97595342 | Drip More, LLC | IC 035: provision of an online marketplace for buyers and sellers of goods and services. | 1b | 2022-09-16 | IC 035 | | | | PRINCIPAL | | $5,000 | To be sold | Critical Point, LLC | until cancelled or revoked |

Trademarks owned by Debtor and licensed out

| 98061508 | SWEET LEAF | Image for 98061508 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis; Leaf tobacco; Cigarette rolling papers; Oral vaporizers for smoking purposes; Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges. | 1b | 2023-06-27 | IC 034 | | | | | PRINCIPAL | | $15,000 | To be sold | Critical Point, LLC | until cancelled or revoked |

Trademarks owned by Debtor and licensed out

| 97583442 | FLEUR | Image for 97583442 | Drip More, LLC | IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural herbal supplements; dietary supplements containing cannabinoids extracted from hemp with less than 0.30% THC for medicinal purposes; gummy vitamins containing cannabinoids extracted from hemp with less than 0.30% THC for recreational and medicinal purposes.; IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges,... | 1b | 2022-09-08 | IC 005 IC 034 | | | | | PRINCIPAL | | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Trademarks owned by Debtor and licensed out

| 97605132 | GOAT | Image for 97605132 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis; cigarette rolling papers; smokers' rolling trays; lighters for smokers; tobacco grinders.; IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional... | 1b | 2022-09-23 | IC 034 IC 005 | | | PRINCIPAL | | $5,000 | Based on sales | Critical Point, LLC | until cancelled or revoked |

| 97609448 | LITTEST | Image for 97609448 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis.; IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural... | 1b | 2022-09-27 | IC 034 IC 005 | | | | | PRINCIPAL | | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 97569911 | PURP | Image for 97569911 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis.; IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural... | 1b | 2022-08-29 | IC 034 IC 005 | | | | PRINCIPAL | | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 97609441 | BUSINESS IS BLOOMIN' | Image for 97609441 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis.; IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural... | 1b | 2022-09-27 | IC 034 IC 005 | | | | PRINCIPAL | | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 97609445 | HIGHT | Image for 97609445 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoid extracted from hemp with less than 0.30% THC, on a dry weight basis.; IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural... | 1b | 2022-09-27 | IC 034 IC 005 | | | | PRINCIPAL | | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 98174435 | POD DROPS | Image for 98174435 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarettes; Flavourings, other than essential oils, for use in electronic cigarettes; Lighters for smokers; Oral vaporizers for smoking purposes; Tobacco grinders; Cigarette rolling papers; Smokers' rolling trays. | 1b | 2023-09-11 | IC 034 | | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 97583403 | SLIME | Image for 97583403 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3... | 1b | 2022-09-08 | IC 034 | | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
| 88264311 | CBD KING | Image for 88264311 | Drip More, LLC | IC 034: Chemical flavorings in liquid form used to refill electronic cigarette cartridges containing cannabidiol solely derived from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis. | 1a | 2019-01-16 | IC 034 | | 2021-03-16 | 6295827 | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 97583419 | GRWN | Image for 97583419 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; electronic cigarette liquid (e-liquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoids extracted from hemp with a delta-9 tetrahydrocannabinol concentration of not more than 0.3... | 1b | 2022-09-08 | IC 034 | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

| 88349085 | LYCHEE LUAU | Image for 88349085 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; Chemical flavorings in liquid form used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; Electronic cigarette liquid (e-liquid) comprised of propylene glycol; Electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; Liquid nicotine solutions for use in electronic cigarettes. | 1a 44 d | 2019-03-20 | IC 034 | 2019-03-01 | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
| 88452152 | DRIPSET | Image for 88452152 | Drip More, LLC | IC 025: Beanies; Belts; Blouses; Bottoms as clothing; Bras; Camisoles; Coats; Dresses; Footwear; Hats; Headwear; Hoodies; Hosiery; Jackets; Jeans; Jerseys; Jumpers; Jumpsuits; Nightgowns; Pajamas; Pants; Robes; Sandals; Scarves; Shirts; Shirts and short-sleeved shirts; Shorts; Skirts; Slacks; Socks; Sweat pants; Sweaters; Sweatshirts; Swimsuits; Tops as clothing; Underpants; Underwear; Yoga pants; Button down shirts; Graphic T-shirts; Long-sleeved shirts; Short-sleeved shirts; Sport shirts; Sports bras; T-shirts.; IC 035: Advertising and advertisement services; On-line retail store services featuring apparel and lifestyle goods; Promotional marketing services using audiovisual media.; IC 041: Digital video, audio, and multimedia publishing services; Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content; Entertainment media production services for motion pictures, television and Internet; Entertainment... | 1b | 2019-05-30 | IC 025 IC 035 IC 041 IC 016 | | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |

Trademarks owned by Debtor, and licensed out

| 97440472 | WAVY | Image for 97440472 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes, comprised in part of cannabinoids extracted solely from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent; chemical flavorings in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted solely from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent; electronic cigarette liquid (eliquid) comprised of flavorings, other than essential oils, in liquid form used to refill electronic cigarette cartridges, comprised in part of cannabinoids extracted solely from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent; flavorings, other than essential oils, for use in electronic cigarettes, comprised in part of cannabinoids extracted solely from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent, on a... | 1b | 2022-06-02 | IC 034 | | | | PRINCIPAL | | $5,000 | To be sold | Critical Point, LLC | until cancelled or revoked |

| 88734774 | CBD KING | Image for 88734774 | Drip More, LLC | IC 034: Chemical flavorings in liquid form used to refill electronic cigarette cartridges, containing cannabinoids (CBD), all of the foregoing goods containing oils and isolates derived from the Cannabis sativa L. plant, all of the foregoing containing ingredients solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis; Cigars and cigarettes containing cannabinoids (CBD) all of the foregoing goods containing oils and isolates derived from the Cannabis sativa L. plant, all of the foregoing containing ingredients solely derived from hemp with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis.; IC 003: Lip balm; beauty serum; skin lotion; beauty facial oil; all of the foregoing goods derived from hemp seed oils and isolates derived from the Cannabis sativa L. plant, all of the foregoing containing ingredients solely derived from hemp with a delta-9... | 1b 44 d | 2019-12-20 | IC 034 IC 003 IC 022 IC 025 IC 031 | 2019-12-12 | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
| 97427020 | NIKO | Image for 97427020 | Drip More, LLC | IC 034: Cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; chemical flavorings in liquid form used to refill electronic cigarette cartridges; electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges; electronic cigarette liquid (e-liquid) comprised of propylene glycol; electronic cigarette liquid (e-liquid) comprised of vegetable glycerin; liquid nicotine solutions for use in electronic cigarettes. | 1a | 2022-05-25 | IC 034 | | 2023-11-07 | 7214800 | PRINCIPAL | $119,452 | Based on sales | Critical Point, LLC | until cancelled or revoked |

| 87590658 | KOLD | Image for 87590658 | Drip More, LLC | IC 034: Electronic cigarette liquid (e-liquid) comprised of flavorings in liquid form, other than essential oils, used to refill electronic cigarette cartridges. | 1a | 2017-08-30 | IC 034 | | 2020-06-09 | 6072114 | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
| 88722792 | FLWR | Image for 88722792 | Drip More, LLC | IC 025: Clothing and apparel, namely, shirts, pants, hats, sweaters, jackets, footwear, sneakers, hooded sweatshirts, underwear, headwear, shirts, jogging pants, and socks. | 1b | 2019-12-11 | IC 025 | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point, LLC | until cancelled or revoked |
| 90099601 | WAVY | Image for 90099601 | Drip More, LLC | IC 005: Herbal supplements; Herbal supplements for sleeping problems; Herbal supplements for relaxation; Herbal supplements for boosting energy; Nutritional supplements in the form of gummies, mints, and capsules; Liquid herbal supplements; Natural herbal supplements. | 1a | 2020-08-07 | IC 005 | | 2021-07-20 | 6429956 | PRINCIPAL | | $5,000 | To be sold | Critical Point, LLC | until cancelled or revoked |
| 85883038 | DEADSTOCK | Image for 85883038 | DEADSTOCK LLC | IC 025: T-shirts.; IC 035: Retail store services featuring clothing. | 1a | 2013-03-21 | IC 025 IC 035 | | 2015-05-12 | 4735781 | PRINCIPAL | | $0 | No Value, No Products | Critical Point LLC | until cancelled or revoked |
| 90352517 | HEAT CHECK | Image for 90352517 | Deadstock LLC | IC 042: Authentication services in the field of apparel, footwear, and accessories therefor. | 1a | 2020-12-01 | IC 042 | | 2022-11-15 | 6901999 | | | $0 | No Value, No Products | Critical Point LLC | until cancelled or revoked |

Trademarks owned by Debtor and licensed out

| 97228498 | DEADSTOCK | Image for 97228498 | Deadstock LLC | IC 009: Downloadable virtual goods, namely, footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in online virtual worlds; downloadable computer programs and mobile applications for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling virtual goods, namely, footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in online virtual worlds.; IC 035: Physical and online retail store services featuring virtual clothing, namely, footwear, sneakers, hats, hooded sweatshirts, pants, underwear, headwear, shirts, jogging pants, and socks for use in online virtual worlds.; IC 041: Entertainment services, namely, providing on-line, non-downloadable virtual footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, art, and toys for use in virtual environments created for entertainment purposes. | 1b | 2022-01-19 | IC 009 IC 035 IC 041 | | | | | PRINCIPAL | | $0 | No Value, No Products | Critical Point LLC | until cancelled or revoked |

| Debtor | Drip More LLC | Case number *(If known)* | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

**66.**    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No

      ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No

      ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.

     ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
      Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
      Claim against Harper Advance LLC and Modo LLC related to MCA agreement.

Unknown

      **Nature of claim**
      **Amount requested**       $0.00

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      Drip More LP was owned 50% by Drip More LLC and 50% by Brian Bereber - entity was created 8/14/2017 as a pass-through company to facilitate hiring more employees, including out-of-state traveling sales representatives. Entity has a 5 year lease agreement at 1972 Essex Ct.,  Redlands, CA with a tenant deposit of $43,961; entity has no other assets. Drip More LP transferred its assets and assigned its debts to Debtor on 7/3/2024.

$0.00

| Debtor | Drip More LLC | Case number *(If known)*  8:24-bk-11703-SC |
| --- | --- | --- |
| | Name | |

'88 SMOKE & VAPE #3 LP was owned 50% by Drip More LLC and 50% by Brian Bereber; entity was created in 5/31/2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products. Entity has no hard assets and unknown amount of liability for defaulted lease at1800 E. Apache Blvd., Tempe, AZ. '88 Vape #3 LP transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

Cali Co Pack LLC - Candy King LLC was created 1/23/2019 and there was a name change to Cali Co Pack LLC on 1/24/2019; entity was created to secure customers for whom this entity could produce and package similar e-liquid bottles for other brands. Entity has no fixed assets. Brian Bereber is the sole/Managing Member. Cali Co Pack LLC transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

Deadstock LLC was created on 5/5/2020 to help the Debtor enter the tech industry - developing a platform to match buyers with sellers and verify product legitimacy before shipping. Brian Bereber is the sole/Managing Member. On-staff software engineers and mobile application developers worked on creating a custom platform, which is unfinished to this day. Entity holds a lease at 452-454 N Fairfax Ave., L.A., CA with a tenant deposit of $87,196.41. Entity paid $30,000 to M.R Design & Build Inc. to build out the Fairfax location which has not been completed. Deadstock LLC transferred its assets and assigned its debts to Debtor on 7/3/2024. Entity's debts are approx. $612,266, unknown liability amount for defaulted leases. Assets are :
1.) Misc. apparel and sneakers $20,000
2.) Custom designed millwork intended for future retail store front; packaged in crates in semi trailers parked at Secur Space (note in SOFA #20); no value unless built out to same specifications.
3.)  (2) Intel NUC mini computers and 9 System 76 Meerkat computers $5,816
4.)  (1) 27" IPS panel monitor and (20) Viewsonic vp2771-led monitors $2,076
5.)  (1) 360 Degree Photobooth Box and (15) Ortery Photo Booth Boxes  $15,000
6.)  Unfinished application code for Dead Stock - $0 value

$0.00

Schedule A/B Assets - Real and Personal Property

| Debtor | Drip More LLC | Case number *(If known)* 8:24-bk-11703-SC |
|---|---|---|
| | Name | |

Drip More LLC a Montana entity was created in 1/31/2019 to hold the title and registration of six fleet cargo vans used by the sales employees. Brian Bereber is the sole/Managing Member. Drip More LLC Montana transferred its assets and assigned its debts to Debtor on 7/3/2024. Assets are:
2017 Ram Promaster Van - VIN 3C6TRVAG6HE526865 - value $3,975 (in Florida storage unit listed in SOFA #20)
2017 Ram Promaster Van - VIN 3C6TRVAG1HE532167 - value $4,050 (parked at 1972 Essex Ct.,  Redlands)
2017 Ram Promaster Van - VIN 3C6TRVAG6HE547957 - value $4,050  (parked at 1972 Essex Ct.,  Redlands)
2017 Ram Promaster Van - VIN 3C6TRVDG7HE553052 - value $4,050  (parked at 1972 Essex Ct.,  Redlands)
2017 Ram Promaster Van - VIN 3C6TRVAG3HE552923 - value $2,787.15  (parked at 1972 Essex Ct.,  Redlands)
2018 Ram Promaster Van - VIN 3C6TRVAGXJE106192 - value $3,405  (parked at 1972 Essex Ct.,  Redlands)

$22,317.15

FLOM CORP was created in July of 2023 as a pass-through company to facilitate Deadstock LLC's work. Brian Bereber is 100% shareholder. Entity has no fixed assets. FLOM CORP transferred any assets and assigned any debts to Debtor on 7/3/2024.

$0.00

88 Cloud Consulting LLC was created on 5/31/2019 to manage incoming clients wanting to develop their own product concepts and flavor recipes. Brian Bereber is the sole/Managing Member. On the petition date, it held a Bank of America checking account with $2,397.16 which has now been closed and deposited to Debtor's DIP Cash Collateral account; entity has no other assets and approx. debt is $9,609. 88. Cloud Consulting LLC transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

'88 Vape LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products. Debtor is only remaining partner of the entity. Entity has no fixed assets and unknown amount of liability for defaulted leases at 1920 S. Stapley Drive, Ste 103 Mesa, AZ and 8184 S Holly Street, Centennial, CO. '88 Vape LP transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

'88 Vape #2 LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products; no lease was ever signed. Brian Bereber is the only remaining partner of the entity. '88 Vape #2 LP transferred any assets and assigned any debts to Debtor on 7/3/2024.

$0.00

Debtor   Drip More LLC
         _____          Case number *(If known)*  8:24-bk-11703-SC
         Name

'88 Smoke & Vape LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products. Entity has no fixed assets and approx. $2,735 of debt, unknown amount of liability for defaulted lease at 6024 N. 67th Ave., Glendale, AZ. Brian Bereber is the only remaining partner of the enitity. '88 Smoke & Vape LP transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

'88 Smoke & Vape #2 LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products; store never opened. Drip More LP is the only remaining partner of the entity. Entity has no fixed assets and unknown amount of liability for defaulted lease at 5045 W. Indian School, Ste 115, Phoenix, AZ. '88 Smoke & Vape #2 LP transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

'88 Vape #3 LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products. Drip More LP is the only remaining partner of the entity.  Entity has no fixed assets and unknown amount of liability for defaulted lease at 3427 North 7 Ave., Phoenix, AZ. '88 Vape #3 LP transferred  any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

'88 Smoke & Vape #4 LP was created in 2019 to open a brick-and-mortar vape retail store in Arizona to promote the Debtor's products. Drip More LP and Brian Bereber are partners of the entity. Entity has no fixed assets and unknown amount of liability for defaulted lease at 2120 W. Southern Ave., Mesa, AZ. '88 Vape #4 LP transferred any assets and assigned its debts to Debtor on 7/3/2024.

$0.00

Unassembled Clean Room with missing parts (1,936 sqft) - United Partition Systems / ISO7 Class 10,000 / 2018;  stored at SecureSpace Self Storage (noted in SOFA #20)

$2,500.00

78.  **Total of Part 11.**

$24,817.15

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Drip More LLC _____    Case number *(if known)*  8:24-bk-11703-SC
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $211,048.30 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,680.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $133,453.79 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,817.15 | |
| 91. **Total.** Add lines 80 through 90 for each column | $385,999.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $385,999.24 |

**Fill in this information to identify the case:**

Debtor name      Drip More LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:24-bk-11703-SC

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** C T Corporation System<br>Creditor's Name<br><br>330 N. Brand Blvd, Suite 700<br>Glendale, CA 91203<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>All personal property of every kind and nature, including, without limitation, all accounts, contract rights, rights to the payment of money | $0.00 | Unknown |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
UCC filed 4/30/2020 File No. 20-7775862266
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Employment Development Dept.<br>Creditor's Name<br><br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>UCC File No. U230083455428 | $8,380.26 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
04/01/2022 - 12/31/2022
**Last 4 digits of account number**

**Describe the lien**
Tax lien filed 11/27/2023 - Certificate #G002770522
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | Drip More LLC | | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Harper Advance LLC | | $9,432,349.16 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
File. U200001068418 & U230024041014; All future receivables, inventory, equipment, goods, accounts, investment property and other personal property and assets.

Creditor's Name
c/o Law Office of Susie Chovev, Esq
920 Crawford Road
Woodmere, NY 11598
Creditor's mailing address

**Describe the lien**
UCC filed 6/16/2023 & 4/5/2023

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.4 | Liquidus Funding LLC | | $0.00 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
Notice only - paid off

Creditor's Name
434 S. Catalina Street, #4
Los Angeles, CA 90020
Creditor's mailing address

**Describe the lien**
UCC filed 2/13/2020 File # 20-7762445481

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | Modo LLC | | $0.00 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Creditor's Name
7162 Beverly Blvd., Ste 204
Los Angeles, CA 90036
Creditor's mailing address

**Describe the lien**
UCC filed 1/22/2024 File No. U240005096320

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | San Bernardino County Tax Collector | | $15,013.43 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Debt of Drip More LP
SB County Tax #2024-0037196 and #2024-0037196

825 East Hospitality Lane, 1st FL
San Bernardino, CA 92415-0914

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
2022, 2023 & 2024

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Toyota Financial Services | | $46,494.11 | $20,410.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2020 Tesla Model 3

PO BOX 5855
Carol Stream, IL 60197-5855

Creditor's mailing address

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
2022

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
1524

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    Drip More LLC
       Name

Case number (if known)    8:24-bk-11703-SC

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $9,502,236.96

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Copperwood Capital LLC<br>Ironwood Finance Inc.<br>1127 Second Street<br>Corpus Christi, TX 78404 | Line 2.4 | |
| Harper Advance LLC<br>c/o Steven W. Wells, Esq.<br>229 Warner Road<br>Lancaster, NY 14086 | Line 2.3 | |
| Harper Advance LLC<br>c/o Leib M. Lerner<br>Alston & Bird LLP<br>350 South Grand Ave., 51st Floor<br>Los Angeles, CA 90071 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name     Drip More LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:24-bk-11703-SC

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Arizona Dept of Revenue<br>PO Box 29085<br>Phoenix, AZ 85038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Debt of Drip More LP | | |
| | Last 4 digits of account number 2526<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Arizona Dept of Revenue<br>PO Box 29085<br>Phoenix, AZ 85038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,678.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Debt of 88 Smoke & Vape LP | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Drip More LLC | | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| California Dept. of Tax and Fee<br>Special Procedures Section MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2022 | Taxes owed |

| Last 4 digits of account number 7000 | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,232.00 | $7,232.00 |
|---|---|---|---|
| Employment Development<br>Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Debt of Deadstock LLC |

| Last 4 digits of account number 0945 | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.45 | $687.45 |
|---|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Debt of Deadstock LLC |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

**2.7**

Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,928.00          $0.00

Date or dates debt was incurred
2017

Basis for the claim:
Taxes owed

Last 4 digits of account number  2264

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred
2019, 2020, and 2021

Basis for the claim:
Drip More LP

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,656.47          $8,656.47

Date or dates debt was incurred
2023

Basis for the claim:
Debt of Deadstock

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
Missouri Dept Revenue Taxation Div
PO BOX 3375
Jefferson City, MO 65105-3375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$383.78          $0.00

Date or dates debt was incurred
2019

Basis for the claim:
Taxes owed

Last 4 digits of account number  2324

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Drip More LLC | | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address
State of New Jersey Dept of Treasur
PO BOX 260
Trenton, NJ 08646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
Debt of Deadstock LLC

Last 4 digits of account number **2325**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
2120 Southern Ave. LLC
3107 East San Miguel Avenue
Phoenix, AZ 85016

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Lease agreement in 2019 by 88 Smoke & Vape L.P. #4 for lease at 2120 W. Southern Ave., Mesa, AZ; 88 month term; property surrendered 7/25/2019

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
416-424 1/2 N. Fairfax, LLC
c/o Michael A. Shakouri, Esq.
GOODKIN LAW GROUP, APC
1900 Century Park East, Suite 1820
Los Angeles, CA 90067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Lease agreement on 6/28/2022 with Deadstock LLC for lease at 420 1/2 N Fairfax Ave., Los Angeles, CA; property surrendered 1/29/2024

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
521 East  11TH ST, LLC
Three Carnegie Plaza
c/o Robhana Management, Inc
606 South Olive Street Ste 600
Los Angeles, CA 90014

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Lease agreement May 2020 by Drip More LP for lease at 735 E Carnegie Dr., #200, San Bernadino, CA Surrendered

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
ADP
c/o The Leviton Law Firm
Don A. Leviton, Esq.
One Pierce Place, Ste. 725W
Itasca, IL 60143

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $142,881.05

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  ADP v Drip More / Deadstock LLC Case No. 5276332 & 5273673

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,702.00 |
|---|---|---|---|

ADT Commercial
PO BOX 219044
Kasnas City, MO 64121-9004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 6113

**Basis for the claim:** Security system for Arizona stores

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,052.49 |
|---|---|---|---|

ADT Commercial
PO BOX 219044
Kasnas City, MO 64121-9004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9095

**Basis for the claim:** Debt of Deaadstock LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,919.83 |
|---|---|---|---|

Amex Credit Card
PO BOX 96001
Los Angeles, CA 90096-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 1008

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,009.57 |
|---|---|---|---|

Amex Merchant Processing Account
PO BOX 299051
Ft Lauderdale, FL 33329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1713

**Basis for the claim:** Processing fees for credit cards

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,611.00 |
|---|---|---|---|

AMM Recovery
2114 Main Street Suite 100-167
Vancouver, WA 98661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Debt of Deadstock LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,100.26 |
|---|---|---|---|

Arizona Dept of Economic Security
PO BOX 6028
Phoenix, AZ 85005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5509

**Basis for the claim:** Debt of Drip More LP

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,717.00 |
|---|---|---|---|

AWSAmazon Web Services, Inc
410 Terry Avenue North
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4296

**Basis for the claim:** Debt of Deadstock LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Baum Family Partnership
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Lease agreement on 2/1/2022 by Deadstock LLC for lease at 452-454 N. Fairfax Ave., Los Angeles, CA

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

BBST Realty II LLC
34-07 Steinway Street, Suite 202
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Lease agreement in March 2021 by Deadstock LLC for lease at 2341 Borden Ave., Long Island City, NY; property surrendered 3/31/2024

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,425.64 |
|---|---|---|---|

Big Joe Lift Trucks
1112 E Dominguez St
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8084

**Basis for the claim:** Forklift past due rental

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Brandon Navarro Valencia
c/o Ben Rothman, Esq.
2121 Avenue of the Stars, 8th FL
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Brandon Navarro Valencia v Drip More, LP: does 1 to 50; Case No. CIVSB2408349

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,653.00 |
|---|---|---|---|

Carbon Law Goup
3010 Venezua Ter
Chino Hills, CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2848

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,127.73 |
|---|---|---|---|

Cintas - Long Island
P.O. Box 63102
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9779

**Basis for the claim:** Debt of Drip More LP

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,518.62 |
|---|---|---|---|

Cintas - Los Angeles
P.O. Box 63103
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9681

**Basis for the claim:** Debt of Deadstock LLC

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $938.40 |
|---|---|---|---|
| | City of Loma Linda Dept of Finance<br>25541 Barton Rd<br>Loma Linda, CA 92354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 6332 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $521.62 |
|---|---|---|---|
| | City of Los Angeles<br>Office of Finance<br>200 N Main Street, Ste 920<br>Los Angeles, CA 90012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Debt of Deadstock LLC | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $467.43 |
|---|---|---|---|
| | City of Tempe<br>20 E 6th Street<br>Tempe, AZ 85281 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities for retail store in Arizona | |
| | **Last 4 digits of account number** 6744 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,672.25 |
|---|---|---|---|
| | Cox Cummunications Inc.<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** File #: 43907799 | |
| | **Last 4 digits of account number** 1101 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | David R Eshleman Trust<br>PO Box 1600<br>Yucaipa, CA 92399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Lease agreement on 2/12/2023 by Drip More LP for lease at 1972 Essex Ct., Redlands, CA; 5 year term | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,805.53 |
|---|---|---|---|
| | Entrision<br>1704 West El Rancho Dr.<br>Mequon, WI 53092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Debt of Deadstock LLC<br>Case No. 23STCP04473 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $184.00 |
|---|---|---|---|
| | Equator Coffee<br>PO Box 889042<br>Los Angeles, CA 90088 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Debt of Deadstock LLC | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**
Ezekiel Korobkin CPA APC
 dba Profetta
2829 Watt Avenue, Suite #130
Sacramento, CA 95821

**Date(s) debt was incurred** _

**Last 4 digits of account number  8504**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt of Drip More LP

Is the claim subject to offset? ■ No  ☐ Yes

$24,278.00

---

**3.27**

**Nonpriority creditor's name and mailing address**
Fireline Broadband
c/o Tucker, Albin & Associates, Inc
1702 N. Collins Blvd, Suite 100
Richardson, TX 75080

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt  of Drip More LLC
Account No. 3118 & 2847

Is the claim subject to offset? ■ No  ☐ Yes

$36,323.50

---

**3.28**

**Nonpriority creditor's name and mailing address**
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

**Date(s) debt was incurred** _

**Last 4 digits of account number  5167**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services

Is the claim subject to offset? ■ No  ☐ Yes

$113,000.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
HMI Atlanta VI LLC
400 Plaza Dr
Secaucus, NJ 07094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement on 3/26/2021 by Deadstock LLC for
lease at 200 Great Southwest Parkway, Atlanta, GA;  property surrendered
1/1/2023

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**
Hunter Business Center (DE) LLC
c/o Oxford Properties
450 Park Ave., Fl 9
New York, NY 10022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement on 3/7/2017 by Drip More LLC for lease
at 1110 Palmyrita Ave Ste 120 & 150, Riverside, CA; property surrendered
10/1/2022

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.31**

**Nonpriority creditor's name and mailing address**
Indian School COM (Maryvale Stip LL
c/o Nearhood Law Offices, PLC 2,
7537 East McDonald Drive
Scottsdale, AZ 85250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement May 13, 2019 by Drip More, LP and
tenant 88 Smoke & Vape #2 for lease at 5045 W. Indian School Ste 115,
Pheonix, AZ; property surrendered 4/12/2023; Assoc. court cases
CV2023051760, CV2023051045, CV2022053043

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|--------|---------------|------------------------|------------------|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**3.32**

Nonpriority creditor's name and mailing address
JFRCO, LLC
Colorado Center Tower 2
2000 S. Colorado Blvd., Ste #2-750
Denver, CO 80222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement by Smoke & Vape LP on 3/25/2019 for lease at 6024 N 67th Ave.., Glendale,, AZ; property surrendered 1/16/2024

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.33**

Nonpriority creditor's name and mailing address
JFRCO, LLC
Colorado Center Tower 2
2000 S. Colorado Blvd., Ste #2-750
Denver, CO 80222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement on 7/18/2019 by 88 Vape LP for lease at 8184 S Holly Street., Centennial, CO; property surrendered 2021

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34**

Nonpriority creditor's name and mailing address
JLL Industrial Property Management
Attn: Dawn Sneed , Property Mgr.
3281 E. Guasti Rd., Ste 850
Ontario, CA 91761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Amount owed for lease at 1110 Palmyrita Ave.., #150, Riverside, CA; Surrendered

Is the claim subject to offset? ■ No ☐ Yes

$7,329.26

---

**3.35**

Nonpriority creditor's name and mailing address
JPMCC 2006-LDP7 South Stapley Drive
4022 East Broadway Road Suite 122
Phoenix, AZ 85040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement on March 28, 2019 by Drip & Smoke LP for lease at 1920 S. Stapley Dr Ste 103., Mesa,, AZ; property surrendered 2/23/2024

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36**

Nonpriority creditor's name and mailing address
Kaiser
P.O. Box 629028
El Dorado Hills, CA 95762

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6047

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt of Deadstock  LLC

Is the claim subject to offset? ■ No ☐ Yes

$3,604.00

---

**3.37**

Nonpriority creditor's name and mailing address
Kaiser
P.O. Box 629028
El Dorado Hills, CA 95762

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3704

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt of Drip More LP

Is the claim subject to offset? ■ No ☐ Yes

$16,728.00

---

| Debtor | Drip More LLC | | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,380.10**

Muhammad Yaeen
SOFTOEAZ
D-007 Dha Multan
Multan, Pakistan

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.34**

NY State DOL
PO BOX 4305
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** 0722

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$961.67**

NY Workers Comp Board
328 State Street
Schenectady, NY 12305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Pacer Print
9207 Eton Avenue
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Drip More LP

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,180.11**

Paychex
c/o Brennan & Clark
721 E. Madison, Suite 200
Villa Park, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Penske Truck Leasing
P.O. Box 7429
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Deadstock LLC
Monthly rental agreement of two 53ft T/A Van Trailers

**Last 4 digits of account number** 7536

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,582.69**

Performance Overnight LLC
DBA Unishippers
16 Corporate Woods Blvd.
Albany, NY 12211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Drip More LP

**Last 4 digits of account number** 7079

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Drip More LLC | | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
Priority 1
PO Box 840808
Dallas, TX 75284-0808

**Date(s) debt was incurred** _
**Last 4 digits of account number**  55P1

**As of the petition filing date, the claim is:** *Check all that apply.*                     $9,606.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt of 88 Cloud Consulting LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46**

**Nonpriority creditor's name and mailing address**
Pro's Ranch Market LLC
c/o Maxwell & Morgan, LLP
Trevor L. Ash, Esq.
23046 Avenida De la Carlota, #600
Laguna Hills, CA 92653

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $13,390.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Judgment - Pro's Ranch Market, LLC v Drip More LLC;
CIV SB 2329391
Lease agreement on 3/18/2019 by Drip More LLC - 3415 W. Glendale Ave,
Ste 5., Phoenix, AZ; 60 month term; property surrendered 7/1/2022

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**
Rad Vapor LLC
c/o Law Offices of Robert L Hill
5055 Avenida Encinas, Suite 100
Carlsbad, CA 92008

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $27,632.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Judgment
Rad Vapor LLC v Drip More LLC
Case No. 37-2023-00052719-CU-BT-NC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**
Rexford Industrial
11620 Wilshire Blvd.,, Suite 1000
Los Angeles, CA 90025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease agreement on 2/26/2021 by Deadstock LLC for
lease at 2445 E 12th St Unit C, Los Angeles; property surrendered
1/22/2022

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**
Riverside Public Utilities
3901 Orange Street
Riverside, CA 92501

**Date(s) debt was incurred** _
**Last 4 digits of account number**  5006

**As of the petition filing date, the claim is:** *Check all that apply.*                     $7,572.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service at 1110 Palmyrita Ave., Unit C150

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
Saia Shipping
104 E Woodlawn Ranch Rd.
Houma, LA 70363

**Date(s) debt was incurred** _
**Last 4 digits of account number**  0825

**As of the petition filing date, the claim is:** *Check all that apply.*                     $134,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt of Drip More LP

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $182.00

So Cal Gas
PO Box 653
Monterey Park, CA 91754-0653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of 88 Smoke & Vape LP

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,304.30

Southern California Edison
PO Box 600
Rosemead, CA 91771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Closed account

**Last 4 digits of account number** 9173

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,518.48

Space Architecture
8607 Venice Blvd
Los Angeles, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** 2013

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,995.00

Spectrum Enterprise
PO BOX 60074
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** 5401

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,595.00

Spectrum Enterprise
PO BOX 60074
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Drip More LP

**Last 4 digits of account number** 5328

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,628.57

Staples Business Advantage
PO Box 405386
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Office supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $157,777.00

Turning
1900 Embarcadero Rd. Unit # 102
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Drip More LLC | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|
| | Name | | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,425,748.43 |
|---|---|---|---|

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th FL
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Drip More LP - PPP Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,129.00 |
|---|---|---|---|

UPS Supply Chain Solutions
c/o The Receivable Mgmt Serv. LLC
PO BOX 19646
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Shipping vendor

**Last 4 digits of account number** X7W1

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,026.00 |
|---|---|---|---|

Verizon
P.O. Box 5321
Inglewood, CA 90313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Deadstock LLC

**Last 4 digits of account number** 0170

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Western American
c/o Spectra Management Co
 20701 N Scottsdale Rd 107-623
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease agreement on 5/13/2019 by 88 Smoke & Vape #3 for lease at 1800 E. Apache Blvd., Tempe, AZ 85281; property surrendered 11/6/2023; Judgement CV2023-052837

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

WFC North Park LLC
c/o Westwood Financial Corp.
11440 San Vicente Boulevard, #200
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease agreement May 2019 by 88 Vape #3. L.P. for lease at 3427 North 7 Ave., Phoenix, AZ; property surrendered 3/16/2022

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Wohl / West Port LLC
14 Corporate Plaza Drive # 110v
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease agreement on 2/22/2019 by Drip More LLC for lease at 25978 Business Center Dr., Redlands, CA; property surrendered 3/18/2024

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $128,294.00 |
|---|---|---|---|

World Wide Express Shipping
c/o The Hettena Law Firm, LC
31348 Via Colinas #106
Westlake Village, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Debt of Drip More LP

**Last 4 digits of account number** 6821

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 13 of 14

| Debtor | Drip More LLC | | Case number (if known) | 8:24-bk-11703-SC |
|---|---|---|---|---|
| | Name | | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.00 |
|---|---|---|---|

Yelp
706 Mission St.
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Debt of 88 Smoke & Vape LP

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ezekiel Korobkin CPA APC dba Profetta 3305 SW 49th Street Fort Lauderdale, FL 33312 | Line 3.26 ☐ Not listed. Explain ____ | _ |
| 4.2 | Pro's Ranch Market LLC c/o Southwest Legal Associates 4854 East Basline Road Ste 103 Mesa, AZ 85206 | Line 3.46 ☐ Not listed. Explain ____ | _ |
| 4.3 | Pro's Ranch Market LLC C/O Capital Asset Management 2701 E Camelback Rd, Suite 170 Phoenix, AZ 85016 | Line 3.46 ☐ Not listed. Explain ____ | _ |
| 4.4 | Staples, Inc. P.O. Box 102419 Columbia, SC 29224 | Line 3.56 ☐ Not listed. Explain ____ | _ |
| 4.5 | Staples, Inc. 7 Technology Circle Columbia, SC 29203 | Line 3.56 ☐ Not listed. Explain ____ | _ |
| 4.6 | Verizon PO Box 15124 Albany, NY 12212 | Line 3.60 ☐ Not listed. Explain ____ | _ |
| 4.7 | Yelp c/o TrueAccord Corp 16011 College Blvd., #130 Lenexa, KS 66219 | Line 3.65 ☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 25,565.70 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,840,781.21 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 2,866,346.91 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Drip More LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   8:24-bk-11703-SC

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | License and Manufacturing Agreement dated August 1, 2016 between Brian Bereber (Licensor) and Drip More LLC (Licensee) | |
| State the term remaining | | |
| List the contract number of any government contract | | Brian Bereber |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | License and Manufacturing Agreement dated May 3, 2024 between Drip More LLC (Licensor) and Critical Point LLC (Licensee) | |
| State the term remaining | | |
| List the contract number of any government contract | | Critical Point LLC 2555 E. Del Amo Blvd. Compton, CA 90221 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | Lease for 1972 Essex Court, Redlands, CA 92373 between David R Eshleman and Drip More LP | |
| State the term remaining | February 28, 2029 | |
| List the contract number of any government contract | | David R. Eshleman Trust |

Debtor 1    Drip More LLC

First Name    Middle Name    Last Name

Case number *(if known)*    8:24-bk-11703-SC

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Deadstock LLC monthly rental agreement of two 53ft T/A Van Trailers. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Penske |

**Fill in this information to identify the case:**

Debtor name _____ Drip More LLC

United States Bankruptcy Court for the: _____ CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____ 8:24-bk-11703-SC

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 88 Smoke & Vape #2 | | Indian School COM (Maryvale Stip LL | ☐ D _____<br>☑ E/F ___3.31___<br>☐ G _____ |
| 2.2 | 88 Smoke & Vape #3 | | Western American | ☐ D _____<br>☑ E/F ___3.61___<br>☐ G _____ |
| 2.3 | 88 Smoke & Vape #4 | | 2120 Southern Ave. LLC | ☐ D _____<br>☑ E/F ___3.1___<br>☐ G _____ |
| 2.4 | 88 Smoke & Vape LP | | JFRCO, LLC | ☐ D _____<br>☑ E/F ___3.33___<br>☐ G _____ |
| 2.5 | 88 Vape #3 | | WFC North Park LLC | ☐ D _____<br>☑ E/F ___3.62___<br>☐ G _____ |

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
|--------|---------------|--------------------------|-------------------|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|
| 2.6   88 Vape LP | JPMCC 2006-LDP7 South Stapley Drive | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.7   Brian Bereber | Harper Advance LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8   Brian Bereber | Baum Family Partnership | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.9   Brian Bereber | Hunter Business Center (DE) LLC | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.10   Brian Bereber | WFC North Park LLC | ☐ D _____<br>■ E/F ___3.62___<br>☐ G _____ |
| 2.11   Brian Bereber | JFRCO, LLC | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |
| 2.12   Brian Bereber | BBST Realty II LLC | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.13   Cali Co Pack LLC | Harper Advance LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
| --- | --- | --- | --- |

**▮ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
| --- | --- | --- |
| 2.14  Deadstock LLC | Harper Advance LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.15  Deadstock LLC | ADP | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.16  Deadstock LLC | Baum Family Partnership | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.17  Deadstock LLC | Rexford Industrial | ☐ D _____<br>■ E/F ___3.48___<br>☐ G _____ |
| 2.18  Deadstock LLC | 416-424 1/2 N. Fairfax, LLC | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.19  Deadstock LLC | BBST Realty II LLC | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.20  Drip More LP | Harper Advance LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.21  Drip More LP | Pro's Ranch Market LLC | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- |
| 2.22  Drip More LP | Baum Family Partnership | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.23  Drip More LP | HMI Atlanta VI LLC | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.24  Drip More LP | Rexford Industrial | ☐ D _____<br>■ E/F ___3.48___<br>☐ G _____ |
| 2.25  Drip More LP | 521 East  11TH ST, LLC | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.26  Drip More LP | 2120 Southern Ave. LLC | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.27  Drip More LP | Indian School COM (Maryvale Stip LL | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.28  Drip More LP | JPMCC 2006-LDP7 South Stapley Drive | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Drip More LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___8:24-bk-11703-SC___

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other  Operating business, Debtor's bank account | $383,394.46 |
| From the beginning of the fiscal year to filing date: From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other  Operating a business, deposits into  88 Cloud Consulting LLC BofA bank acct for Debtor | $2,669,288.90 |
| For prior year: From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other | $10,965,558.51 |
| For year before that: From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $25,277,021.59 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Drip More LLC                                                  Case number (if known)   8:24-bk-11703-SC

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. David R Eshleman Trust<br>PO Box 1600<br>Yucaipa, CA 92399 | April, May and June 2024 | $61,185.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  88 Cloud Consulting LLC paid for lease at 1972 Essex Ct., Redlands, CA |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Brian Bereber<br><br>Managing Member | 7/3/2023 - 7/5/2024 | $275,235.62 | See attached |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Drip More LLC | | | Case number *(if known)* | 8:24-bk-11703-SC |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Harper Advance, LLC v Drip More LLC dba Drip More, Cali Co Pack LLC, Deadstock LLC, Drip More LP, Brian Christorpher Bereber, John Does No. 1-5, and ABC Corps No. 1-5<br>Index No. 606244/2024 | Collection | Supreme Court of State of New York<br>Nassau County<br>100 Supreme Court Drive<br>Mineola, NY 11501 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Rad Vapor LLC v Drip More LLC<br>Case No. 37-2023-00052719-CU-BT-NC | Collection | Superior Court - San Diego North County Courthouse<br>325 S. Melrose Dr.<br>Vista, CA 92081 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | Pro Ranch Market, LLC v Drip More LLC et al<br>CIV SB 2329391 | Collection | Superior Court<br>247 West 3rd Street<br>San Bernadino, CA | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | CAHUENGA Capital Gilbert, LLC (Western American) vs 88 Smoke & Vape #3, Drip More LLC<br>CV2023-052837 | Breach of contract | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Brandon Navarro Valencia v Drip More, LP: does 1 to 50<br>CIVSB2408349 | | Superior Court - San Bernardino<br>247 W. 3rd Street<br>San Bernardino, CA 92415 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | RHM LAW LLP 17609 Ventura Blvd. Ste 314 Encino, CA 91316 | Attorney Fees $33,262 plus $1,738 filing fee | 4/16/2024 and 6/1/2024 | $35,000.00 |
| | **Email or website address** matt@rhmfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 25978 Business Ctr Drive Redlands, CA 92374 | 2021- February 2024 |
| 14.2. | 1110 Palmyrita Ave, Suite 120 Riverside, CA 92507 | 2017 - 2021 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America | XXXX-3441 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/28/2024<br>balance<br>-$34,767.78 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    Drip More LLC                                                    Case number *(if known)*    8:24-bk-11703-SC

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Secur Space<br>1500 Crafton Avenue<br>Mentone, CA 92359 | Jessie Hurst | Custom designed millwork intended for future retail store front; packaged in crates in 2 semi trailers. Also noted on Schedule B #77. | ☐ No<br>■ Yes |
| SecurCare<br>25825 Redlands Blvd, #500<br>Redlands, CA 92373 | Jessie Hurst | Machines, storage racks | ☐ No<br>■ Yes |
| Cube Smart<br>1680 W Redlands Blvd., A102<br>Redlands, CA 92373 | Jessie Hurst | Desks, roling cart, office chairs, fridge (also noted in Schedule B #39) | ☐ No<br>■ Yes |
| Extra Space Storage<br>10110 Anderson Rd., #5012<br>Tampa, FL 33625 | Jessie Hurst | Promaster Van (VIN #3C6TRVAG6HE526865) also noted in Schedule B #77. | ☐ No<br>■ Yes |
| SecureSpace Self Storage<br>1320 East Highland Avenue, #C015<br>San Bernardino, CA 92404 | Jessie Hurst | Unassembled Clean Room with missing parts (1,936 sqft) - United Partition Systems / ISO7 Class 10,000 / 2018 | ☐ No<br>■ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Debtor | Drip More LLC | | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  88 Vape LP | Brick and mortar retail store owned 100% by Debtor | EIN:  84-1800941<br><br>**From-To**  2/4/2019  - present |
| 25.2.  88 SMOKE & VAPE #3 LP | Owned 50% by Drip More LLC 50% and Brian Bereber<br><br>Brick and mortar retail store | EIN:  84-2057396<br><br>**From-To**  5/31/2019 - present |
| 25.3.  Drip More LP | Owned 50% by Drip More LLC 50% and Brian Bereber | EIN:  83-1914071<br><br>**From-To**  8/14/2017 - present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Smart Bean Inc. | Bookkeeping Services<br>April 19, 2024 - present |
| 26a.2.    Smith Dickson CPA | 2/29/2024 - 6/24/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Drip More LLC | Case number *(if known)* | 8:24-bk-11703-SC |
|---|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Bereber | | Managing Member | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brian Bereber | 275,235.62 | 7/3/2023 - 7/5/2024 | See attached |
| | **Relationship to debtor** | | | |
| | Managing Member | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**SOFA #4 #30 - Brian Berebel**

| | | |
|---|---|---|
| Rent | $ | 100,138.00 |
| Cleaning | $ | 8,400.00 |
| Utilities | $ | 3,687.28 |
| Massages, personal care, grooming | $ | 21,995.21 |
| Car Payments | $ | 16,094.61 |
| Clothing | $ | 17,191.44 |
| Meals | $ | 61,004.29 |
| Vacation/travel | $ | 33,293.44 |
| Misc. expenses, subscriptions | $ | 7,573.66 |
| Medical | $ | 350.00 |
| Misc. pet expense | $ | 5,507.69 |
| | **$** | **275,235.62** |

**Fill in this information to identify the case:**

Debtor name     Drip More LLC

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     8:24-bk-11703-SC

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 19, 2024

Signature of individual signing on behalf of the debtor

Brian Bereber
Printed name

Position or relationship to debtor     Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes